**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2023

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WHALECO INC.**                                            **PLAINTIFF**

VS.                          NO. 4:23cv1170-BSM

**OFFIDOCS GROUP,**
**ABC CORPORATIONS 1-16, AND**
**JOHN DOES 1-16**                              **DEFENDANTS**

## PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff Whaleco Inc., ("Whaleco") by its undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters. Under Fed. R. Civ. P. 65(b), the facts of this Complaint, as they pertain to Whaleco, are verified below by Whaleco's Corporate Counsel Kathleen Zhang.

## NATURE OF THE CASE

1.      This is a civil action against OffiDocs Group, ABC Corporations 1-16, and John Does 1-16 for trademark counterfeiting, trademark infringement, trademark dilution, false designation of origin and unfair competition under the Lanham Act, 15 U.S.C. § 1051, *et seq*.; and common-law trademark infringement, unfair competition, and unjust enrichment under Arkansas law.

2.      Whaleco brings this action because Defendants are using Whaleco's federally registered TEMU trademark and logo to dupe people into believing that Defendants' mobile application distribution platforms—www.apkonline.net,

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

www.apk.cafe, www.apkaio.com, www.apkappsstore.com, www.apkceo.com, www.apkcok.com, www.apkdirectory.com, www.apk-empire.com, www.apkfab.com, www.apkishare.com, www.apkpet.com, www.apkpure.com, www.apkresult.com, www.appseeks.com, www.itunesforwindows.com, www.mobileapkfree.com, and www.modnapks.com (the "Infringing Platforms")—and pirated copies of Whaleco's mobile application software (the "Infringing Apps") are put out or approved by Whaleco or are otherwise associated or affiliated with Whaleco, when that is not the case. Defendants plainly seek to profit by taking a free ride on the goodwill in the famous TEMU marks. Moreover, Whaleco is urgently concerned that the Infringing Apps may be adulterated versions of the TEMU app, modified to include malicious code, which, above and beyond the inherent harm of consumer confusion, may infiltrate consumers' devices with malicious code, steal personal information, and/or otherwise cause significant harm to unsuspecting members of the public.

3.      To protect the public and the goodwill that Whaleco has worked hard to successfully build in its mark and its branding, Defendants must immediately be prohibited from further use of the TEMU trademarks in connection with the Infringing Platforms and Infringing Apps and prevented from further dissemination of those apps.

## THE PARTIES

4.      Whaleco Inc. d/b/a Temu is a Delaware corporation with its principal place of business at 31 Saint James Ave., Suite 355, Boston, Massachusetts 02116-4101.

2

5.      Upon information and belief, Defendant OffiDocs Group is a private limited company organized under the laws of Estonia with its principal place of business at Harju maakond, Tallinn, Kesklinna Linnaosa, Viru väljak 2, 10111. Upon information and belief, OffiDocs operates the mobile application distribution platform at www.apkonline.net and/or has uploaded the Infringing Apps to the Infringing Platforms for distribution.

6.      Upon information and belief, Defendant ABC Corporation 1 and/or John Doe 1 operate the mobile application distribution platform at www.apk.cafe and its Spanish language counterpart temu.apkcafe.es and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

7.      Upon information and belief, Defendant ABC Corporation 2 and/or John Doe 2 operate the mobile application distribution platform at www.apkaio.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

8.      Upon information and belief, Defendant ABC Corporation 3 and/or John Doe 3 operate the mobile application distribution platform at www.apkappsstore.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

9.      Upon information and belief, Defendant ABC Corporation 4 and/or John Doe 4 operate the mobile application distribution platform at www.apkceo.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

3026503-v1

10.     Upon information and belief, Defendant ABC Corporation 5 and/or John Doe 5 operate the mobile application distribution platform at www.apkcok.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

11.     Upon information and belief, Defendant ABC Corporation 6 and/or John Doe 6 operate the mobile application distribution platform at www.apkdirectory.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

12.     Upon information and belief, Defendant ABC Corporation 7 and/or John Doe 7 operate the mobile application distribution platform at www.apk-empire.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

13.     Upon information and belief, Defendant ABC Corporation 8 and/or John Doe 8 operate the mobile application distribution platform at www.apkfab.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

14.     Upon information and belief, Defendant ABC Corporation 9 and/or John Doe 9 operate the mobile application distribution platform at www.apkishare.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

15.     Upon information and belief, Defendant ABC Corporation 10 and/or John Doe 10 operate the mobile application distribution platform at

4

www.apkpet.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

16.     Upon information and belief, Defendant ABC Corporation 11 and/or John Doe 11 operate the mobile application distribution platform at www.apkpure.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

17.     Upon information and belief, Defendant ABC Corporation 12 and/or John Doe 12 operate the mobile application distribution platform at www.apkresult.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

18.     Upon information and belief, Defendant ABC Corporation 13 and/or John Doe 13 operate the mobile application distribution platform at www.appseeks.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

19.     Upon information and belief, Defendant ABC Corporation 14 and/or John Doe 14 operate the mobile application distribution platform at www.itunesforwindows.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

20.     Upon information and belief, Defendant ABC Corporation 15 and/or John Doe 15 operate the mobile application distribution platform at www.mobileapkfree.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

21.     Upon information and belief, Defendant ABC Corporation 16 and/or John Doe 16 operate the mobile application distribution platform at www.modnapks.com and/or have uploaded the Infringing Apps to the Infringing Platforms for distribution.

22.     Whaleco does not know the identity or location for ABC Corporations 1-16 and/or John Does 1-16 at this time and has been unable to discover them through reasonable due diligence. Whaleco therefore sues ABC Corporations 1-16 and John Does 1-16 by fictitious names and believes that each is an actual person or entity involved in the unlawful violation of Whaleco's intellectual property rights and is legally responsible for the events and injury to Whaleco alleged here. Whaleco will seek leave to amend this Complaint when the identities of ABC Corporations 1-16 and John Does 1-16 have been discovered and revealed.

## JURISDICTION AND VENUE

23.     This action arises under the federal Trademark Act, 15 U.S.C. § 1051, *et. seq.*, and Arkansas common law.  This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b).

24.     Defendants ABC Corporations 2, 4, 6, 8, 11, 12, and 13 and/or John Doe 2, 4, 6, 8, 11, 12, and 13 each consented to jurisdiction in this District by their Terms of Service published on the www.apkaio.com, www.apkceo.com, www.apkdirectory.com, www.apkfab.com, www.apkpure.com, www.apkresult.com, and/or www.appseeks.com platforms, which provide in relevant part: "[a]ny dispute or claim arising out of or in relation to these terms of use . . . will be finally settled by the

courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas." (Exhibit 1.)

25.    Additionally, upon information and belief, all Defendants are subject to jurisdiction in this District because they have caused the Infringing Platforms and Infringing Apps to be available to consumers within this state and customers within this state have accessed the Infringing Platforms and downloaded the Infringing Apps in this state.

26.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendants' Infringing Platforms are accessible in this District and because Defendants' Infringing Apps have been downloaded in this District, causing harm to consumers and Whaleco within this District.

## WHALECO'S SERVICES AND INTELLECTUAL PROPERTY

27.    Whaleco operates a closed-loop e-commerce platform that connects consumers with a vast array of affordable, quality products—including clothing, consumer goods, cosmetics, appliances, electronics, and more—with third-party sellers, manufacturers, and brands around the world (the "TEMU Platform").

28.    The TEMU Platform launched in the United States in September 2022 under the TEMU name, trademark, and logo shown below. Whaleco has used the TEMU name, mark, and logo (collectively the "TEMU Marks") continuously since that time to identify the source and origin of its TEMU Platform and accompanying services.

3026503-v1



29.    The TEMU Platform is available online, aptly at www.temu.com, and via mobile application ("TEMU App"), available for download from the Apple App Store and the Google Play Store (screenshots below).





30.    Whaleco spends millions of dollars marketing and promoting the TEMU Marks by working with key influencers and content creators, advertising on social media, and purchasing commercial ad spots, including its viral 2023 "Shop Like a Billionaire" Super Bowl ad (screenshots below), which to date has been viewed more than 895 million times. (Exhibit 2.) According to one source, the 2023 Super Bowl was watched by over 115 million viewers in the United States, making it not only the most-watched Super Bowl in history, but also the most popular U.S. television program of all time. (Exhibit 3.)

3026503-v1







31.    The TEMU Platform has enjoyed tremendous success in the U.S. market. Today, little more than a year after its launch, the TEMU App has surpassed 100 million downloads on the Google Play Store alone (Exhibit 4) and has been one of the most downloaded free apps in both the Google Play Store and the Apple App Store.

32.    In addition to marketing, Whaleco's success is the result of its commitment to offering a quality shopping experience to its consumers on the TEMU Platform. Whaleco has invested, and continues to invest, millions of dollars building an online infrastructure that is convenient and complete for sellers and consumers alike. For example, to ensure a safe and secure shopping environment for consumers, Whaleco and its affiliates curate sellers and also provides data security services to protect consumers' personal and payment information.

33.    Moreover, by limiting distribution of the TEMU App to reputable distributors like Apple and Google, Whaleco ensures its customer receive only the

latest version of its app, providing the quality shopping experience its customer

have come to expect from the TEMU Platform.

34.    As a result of the extensive public exposure of the TEMU Marks and

the enormous success of the TEMU Platform, the TEMU Marks have become well-

known and embody the enormous goodwill that Whaleco has worked hard to build.

Whaleco has been granted an exclusive license by Five Bells Limited giving

Whaleco the right and authority to use and enforce the TEMU Marks, including the

following valid and subsisting U.S. trademark registrations, which cover a variety

of online marketplace and shopping services:

| Mark | Reg. No.<br>Reg. Date | Products/Services |
|---|---|---|
|  | 7145476<br>08-22-2023 | Provision of an online marketplace for buyers and sellers of goods and services in Class 35. |
| TEMU | 7157165<br>09-05-2023 | Various downloadable software for online shopping in Class 9. |
|  | 7157220<br>09-05-2023 | Various downloadable software for online shopping in Class 9. |
| TEMU | 7164306<br>09-12-2023 | Provision of an online marketplace for buyers and sellers of goods and services in Class 35. |

Printouts of these registrations, taken from the U.S. Patent and Trademark Office's online database, are attached as Exhibit 5.

35.    Whaleco is also the exclusive licensee authorized to use and enforce the following federal trademark applications owned by Five Bells for the TEMU trademark and logo covering a variety of services in Classes 18, 35, 36, 38, 39, 41, 42, and 45:

| Mark | Serial No. App. Date | Products/Services |
|---|---|---|
| TEMU | 97543570 08-10-2022 | Among other things, Software as a service (SAAS) services featuring software for online shopping in Class 42. |
| TEMU | 97543542 08-10-2022 | Among other things, advertising and marketing services in Class 35. |
| TEMU | 97543555 08-10-2022 | Various transmission services in Class 38. |
|  | 97575694 09-01-2022 | Various transmission services in Class 38. |
|  | 97575712 09-01-2022 | Among other things, Software as a service (SAAS) services featuring software for online shopping in Class 42. |
| TEMU | 97736381 12-29-2022 | Various banking and bill payment services in Class 36. |
| TEMU | 97736385 12-29-2022 | Various services for the transportation of goods in Class 39. |

13

| Mark | Serial No. App. Date | Products/Services |
|------|----------------------|-------------------|
| TEMU | 97736391 12-29-2022 | Various entertainment services in Class 41. |
| TEMU | 97736396 12-29-2022 | Various services, including online social networking services, for the purpose of online shopping in Class 45. |
|  | 97736411 12-29-2022 | Various banking and bill payment services in Class 36. |
|  | 97736419 12-29-2022 | Various services for the transportation of goods in Class 39. |
|  | 97736428 12-29-2022 | Various entertainment services in Class 41. |
|  | 97736435 12-29-2022 | Various services, including online social networking services, for the purpose of online shopping in Class 45. |
| TEMU | 97889848 04-14-2023 | Online retail store services and provision of an online marketplace for buyers and sellers of goods and services in Class 35. |

14

Printouts of these applications, taken from the U.S. Patent and Trademark Office's online database, are attached as Exhibit 6.

**DEFENDANTS' UNAUTHORIZED USE OF THE TEMU MARKS**

31.     As detailed below, Defendants are, without authorization, using the TEMU Marks to market and promote pirated Infringing Apps for download from the Infringing Platforms.

32.     Defendant OffiDocs Group makes one of the Infringing Apps available for download at https://www.apkonline.net/temu/com.temu.temuappid. (Exhibit 7.) As shown below, that app is branded and promoted with the TEMU Marks:





33.     Defendants ABC Corporation 1 and/or John Doe 1 make the Infringing Apps available for download at https://temu.apk.cafe and https://temu.apkcafe.es. (Exhibit 8.) As shown below, those apps are branded and promoted with the TEMU Marks:

15

**TEMU: SHOP LIKE A BILLIONAIRE 2.26.0**



★ 9.2/10



How to install APK / APKS / OBB file on Android



QR code    Share

Join us in social networks:

**TEMU: SHOP LIKE A BILLIONAIRE 2.26.0**

(Temu: compre como un multimillonario)



★ 9.2/10



Cómo instalar el archivo APK / APKS / OBB en Android

QR códi...    Compar...

Únete a nuestro canal de Telegram

34.    Defendants ABC Corporation 1 and/or John Doe 1 further feature the TEMU Marks without authorization on the homepage of the www.apk.cafe Infringing Platform and on a subpage at https://shopping.apk.cafe. (*See e.g.*, Exhibit 9.)



35.    Upon information and belief, Defendants ABC Corporation 1's and/or John Doe 1's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

36.    Defendants ABC Corporation 2 and/or John Doe 2 make one of the Infringing Apps available for download at https://apkaio.com/app/com.einnovation.temu. (Exhibit 10.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



37.    Defendants ABC Corporation 2's and/or John Doe 2's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

38.    Defendants ABC Corporation 3 and/or John Doe 3 make one of the Infringing Apps available for download at https://apkappsstore.com/temu-shop-like-a-billionaire. (Exhibit 11.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks.



39.    Defendants ABC Corporation 3's and/or John Doe 3's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas. Upon information and belief, the Infringing App malfunctions after the download.

40.    Defendants ABC Corporation 4 and/or John Doe 4 make one of the Infringing Apps available for download at https://apkceo.com/en/temu-apk. (Exhibit

12.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



41.    Defendants ABC Corporation 4's and/or John Doe 4's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas. Upon information and belief, the Infringing App contains malware.

42.    Defendants ABC Corporation 5 and/or John Doe 5 make one of the Infringing Apps available for download at https://www.apkcok.com/detail/com.einnovation.temu. (Exhibit 13.) As shown below, the app is branded and promoted with the TEMU Marks.

3026503-v1



43.    Defendants ABC Corporation 5 and/or John Doe 5 further feature the TEMU Marks without authorization on the homepage of the www.apkcok.com Infringing Platform, as shown below (Exhibit 14.)



44.    Upon information and belief, Defendants ABC Corporation 5's and/or John Doe 5's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

3026503-v1

45.    Defendants ABC Corporation 6 and/or John Doe 6 make one of the Infringing Apps available for download at https://apkdirectory.com/en/temu-app. (Exhibit 15.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



46.    Defendants ABC Corporation 6's and/or John Doe 6's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

47.    Defendants ABC Corporation 7 and/or John Doe 7 make one of the Infringing Apps available for download at https://apk-empire.com/temu/com.einnovation.temu. (Exhibit 16.) As shown below, the app is branded and promoted with the TEMU Marks:

3026503-v1



48.     Defendants ABC Corporation 7 and/or John Doe 7 further featured the TEMU Marks without authorization on the www.apk-empire.com Infringing Platform in a "Top Downloaded Apps" section of its homepage.



49.     Upon information and belief, Defendants ABC Corporation 7's and/or John Doe 7's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

22

50.     Defendants ABC Corporation 8 and/or John Doe 8 make one of the

Infringing Apps available for download at

https://apkfab.com/temu/com.einnovation.temu. (Exhibit 17.) That app appears to be

an out-of-date version of the genuine TEMU App and, as shown below, is branded

and promoted with the TEMU Marks:



51.     Defendants ABC Corporation 8 and/or John Doe 8 further feature the

TEMU Marks without authorization on the www.apkfab.com Infringing Platform in

a "Hot Apps" section of its homepage. (Exhibit 18.)



52.    Defendants ABC Corporation 8's and/or John Doe 8's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

53.    Defendants ABC Corporation 9 and/or John Doe 9 make one of the Infringing Apps available for download at https://apkishare.com/download/temu-shop-like-a-billionaire/219725. (Exhibit 19.) As shown below, the app is branded and promoted with the TEMU Marks:



54.    Defendants ABC Corporation 9 and/or John Doe 9 further feature the TEMU Marks without authorization on the www.apkishare.com Infringing Platform in a "Latest Updated" section of its homepage. (Exhibit 20.)



55.    Defendants ABC Corporation 9's and/or John Doe 9's Infringing

Platform is accessible in Arkansas and their Infringing App has been downloaded in

Arkansas.

56.    Defendants ABC Corporation 10 and/or John Doe 10 make one of the

Infringing Apps available for download at https://apkpet.com/temu-shop-like-a-

billionaire/com.einnovation.temu. (Exhibit 21.) That app appears to be an out-of-

date version of the genuine TEMU App and, as shown below, is branded and

promoted with the TEMU Marks:



57.    Defendants ABC Corporation 10 and/or John Doe 10 further feature

the TEMU Marks without authorization on the www.apkpet.com Infringing

Platform in a "Apps - Popular" section of its homepage. (Exhibit 22.)



58.    Defendants ABC Corporation 10's and/or John Doe 10's Infringing

Platform is accessible in Arkansas and their Infringing App has been downloaded in

Arkansas.

59.    Defendants ABC Corporation 11 and/or John Doe 11 make one of the

Infringing Apps available for download at https://apkpure.com/temu-shop-like-a-

billionaire/com.einnovation.temu. (Exhibit 23.) That app appears to be an out-of-

date version of the genuine TEMU App and, as shown below, is branded and

promoted with the TEMU Marks:



60.     Defendants ABC Corporation 11's and/or John Doe 11's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas. Upon information and belief, the Infringing App contains malware.

61.     Defendants ABC Corporation 12 and/or John Doe 12 make one of the Infringing Apps available for download at https://apkresult.com/en/temu-apk. (Exhibit 24.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



62.     Defendants ABC Corporation 12's and/or John Doe 12's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas. Upon information and belief, the Infringing App contains malware.

63.     Defendants ABC Corporation 13 and/or John Doe 13 make one of the Infringing Apps available for download at https://appseeks.com/apps/temu.html. (Exhibit 25.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:

3026503-v1



64.     Defendants ABC Corporation 13 and/or John Doe 13 further feature the TEMU Marks without authorization on the home page of Infringing Platform www.appseeks.com, as shown below. (Exhibit 26.)



65.     Defendants ABC Corporation 13's and/or John Doe 13's Infringing Platform is accessible in Arkansas and, upon information and belief, their Infringing App has been downloaded in Arkansas.

66.     Defendants ABC Corporation 14 and/or John Doe 14 makes and/or has made, one of the Infringing Apps available for download at https://www.itunesforwindows.com/app/1641486558/temu-shop-like-a-billionaire

and https://www.itunesforwindows.com/app/1641486558/temu-canada-grand-opening. (*See e.g.*, Exhibit 27.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



67.     Defendants ABC Corporation 14 and/or John Doe 14 further feature the TEMU Marks without authorization on the Infringing Platform www.itunesforwindows.com homepage, touting it as one of the "Highest Grossing Apps for Windows PC." (Exhibit 28.)



68.     Defendants ABC Corporation 14's and/or John Doe 14's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in

Arkansas. Upon information and belief, the Infringing App malfunctions once downloaded.

69.    Defendants ABC Corporation 15 and/or John Doe 15 make one of the Infringing Apps available for download at https://www.mobileapkfree.com/apk/temu. (Exhibit 29.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:



70.    Defendants ABC Corporation 15's and/or John Doe 15's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

71.    Defendants ABC Corporation 16 and/or John Doe 16 make one of the Infringing Apps available for download at https://modnapks.com/temu-apk/. (Exhibit 30.) That app appears to be an out-of-date version of the genuine TEMU App and, as shown below, is branded and promoted with the TEMU Marks:

72.    Defendants ABC Corporation 16's and/or John Doe 16's Infringing Platform is accessible in Arkansas and their Infringing App has been downloaded in Arkansas.

73.    On information and belief, some of the above Infringing Apps are adulterated versions of the TEMU App and contain malware or other harmful content that may cause injury to Whaleco's consumers who use the Infringing Apps.

74.    Because the Infringing Platforms and the Infringing Apps prominently feature the TEMU Marks, they are likely to cause consumers to mistakenly believe they are put out or approved by Whaleco or otherwise associated with Whaleco.

75.    Consumers who access the Infringing Platforms and/or download the Infringing Apps believing they are downloading the TEMU App only to find outdated and/or otherwise compromised versions of the app are likely to blame Whaleco for the Infringing Platform's and Infringing App's poor quality, harming Whaleco's reputation and goodwill. Such harm is immediate, ongoing, and irreparable.

76.     Moreover, consumers duped into downloading the Infringing Apps believing they are the TEMU App are at risk of significant harm should the Infringing App contain malicious code. Such harm would further damage Whaleco's reputation and goodwill. Upon information and belief, such harm is immediate, ongoing, and irreparable. Based on similarities identified on the Infringing Platforms and among the Infringing Apps, Whaleco believes Defendants are the same person or entity, are related persons or entities, and/or are working in concert with one another. For example, the Terms of Service published on www.apkaio.com, www.apkceo.com, www.apkdirectory.com, www.apkfab.com, www.apkpure.com, www.apkresult.com, and www.appseeks.com are nearly verbatim copies of one another, with the only different being the name of the website at issue. Nearly identical language appears on the "About Us" pages found at www.apkceo.com, www.apkdirectory.com, www.apkonline.net, www.apkpure.com, and www.apkresult.com. At one point, one of the "Download" buttons on www.itunesforwindows.com redirected visitors to www.apkpure.com. Moreover, most of the Infringing Platforms are hosted using domain names incorporating the term "APK." Further still, all the Infringing Platforms appear in a similar layout and offer the same types of products and services.

## INJURY TO WHALECO

77.     Defendants' unauthorized uses of the TEMU Marks on the Infringing Platforms and in connection with the Infringing App are likely to cause confusion,

32

mistake, and deception as to the source or origin of Defendants, their apps, and/or their activities with Whaleco.

78.    Whaleco does not want to be associated with Defendants, the Infringing Platforms, or the Infringing Apps as it has no control over any of them, including their security.

79.    Defendants' unauthorized use of the TEMU Marks in connection with the Infringing Platforms and Infringing Apps is likely to dilute the distinctiveness and value of Whaleco's famous TEMU Marks and to tarnish them.

80.    Defendant have acted willfully, in reckless disregard of Whaleco's rights, and in bad faith, as evidenced in part by their obvious copying of Whaleco's popular TEMU App and famous TEMU Marks. As a direct and proximate result of Defendants' willful actions, Whaleco and its reputation and goodwill have been, and will continue to be, irreparably harmed unless Defendants' unlawful conduct is enjoined.

81.    Moreover, because Whaleco has no quality control over the Infringing Apps, it has no way to keep consumers from harm. Indeed, upon information and belief, the Infringing Apps contains malware that, once installed, may steal the personal information of Whaleco's customers, install viruses, and otherwise cause harm to consumers' devices.

82.    Defendants' unauthorized use of the TEMU Marks has damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Whaleco, the TEMU Marks, and the TEMU Platform's reputation

3026503-v1

and goodwill, and harm the public's interest in being free from confusion, mistake, and deception, *especially* when such confusion, mistake and deception has the potential to cause significant financial harm to consumers.

83.    By infringing the TEMU Marks and thus usurping Whaleco's significant goodwill, Defendants have unlawfully profited from Whaleco's extensive marketing and distribution efforts in the United States. Defendants have thus reaped ill-begotten profits and unjustly retained a financial benefit that belongs to Whaleco.

## FIRST CLAIM FOR RELIEF
### Federal Trademark Counterfeiting Under
### Sections 32(1)(b), 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d)

84.    Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

85.    Defendants have used and continue to use a counterfeit of the federally registered TEMU Marks in connection with the advertising of goods or services, which is likely to cause consumer confusion or mistake, or to deceive in violation of Sections 32(1)(b) and 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d).

## SECOND CLAIM FOR RELIEF
### Federal Trademark Infringement Under
### Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

86.    Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

34

87.   Without Whaleco's consent, Defendants have used and continue to use in commerce colorable imitations of the registered TEMU Marks in connection with the Infringing Platforms and Infringing Apps.

88.   Defendants' infringing uses of the registered TEMU Marks are likely to cause consumer confusion, mistake, or to deceive, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

## THIRD CLAIM FOR RELIEF
### Trademark Infringement, False Designation of Origin and Unfair Competition
### Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 11125(a)(1)(A)

89.   Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

90.   Defendants' actions described above are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants, Defendants' services, and/or Defendants' commercial activities by or with Whaleco, and thus constitute trademark infringement, false designation of origin, and unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

## FOURTH CLAIM FOR RELIEF
### Trademark Dilution Under
### Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)

91.   Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

92.   The TEMU Marks are famous, as defined in 15 U.S.C. §1125(c), based on among other things, the inherent distinctiveness and federal registration of the

35

marks and the extensive nationwide use, advertising, promotion, and recognition of the marks.

93.    The TEMU Marks were famous before Defendants' first infringing uses of them.

94.    Defendants' actions, as described above, are likely to dilute the distinctive quality of the famous TEMU Marks by blurring and tarnishment in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

## FIFTH CLAIM FOR RELIEF
### Trademark Infringement and Unfair Competition Under Arkansas Common Law

95.    Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

96.    Whaleco uses the TEMU Marks to identify its goods and services under exclusive license from Five Bells, which has common law rights to the TEMU Marks.

97.    Defendants' infringing uses of the registered TEMU Marks are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants, Defendants' services, and/or Defendants' commercial activities by or with Whaleco.

98.    Defendants' actions thus constitute trademark infringement and unfair competition under Arkansas common law.

3026503-v1

## SIXTH CLAIM FOR RELIEF
### Unjust Enrichment Under Arkansas Common Law

99.    Whaleco repeats and realleges every allegation set forth in each of the preceding paragraphs of this Complaint.

100.    In infringing the TEMU Marks, Defendants have unlawfully profited from Whaleco's extensive marketing and distribution efforts in the U.S. and reaped ill-begotten profits.

101.    Because Defendants have received and retained a financial benefit that should have been conferred on Whaleco, their actions constitute unjust enrichment under Arkansas common law.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Whaleco respectfully demands a trial by jury on all issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Whaleco respectfully requests that, this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief, including the following:

A.    An Order that Defendants' uses of the TEMU Marks (and variations) knowingly and willfully infringe the TEMU Marks, dilute the TEMU Marks, and constitute unfair competition, as detailed above.

B.    An Order requiring Defendants to disable access to the listings below as well any other listing on any distribution platform that Defendants operate or

control where a download purporting to be the TEMU App is available, so they are no longer accessible to Internet users for the pendency of this litigation:

- https://www.apkonline.net/temu/com.temu.temuappid
- https://temu.apk.cafe
- httos://temu.apkcafe.es
- https://apkaio.com/app/com.einnovation.temu
- https://apkappsstore.com/temu-shop-like-a-billionaire/
- https://apkceo.com/en/temu-apk
- https://www.apkcok.com/detail/com.einnovation.temu
- https://apkdirectory.com/en/temu-app
- https://apk-empire.com/temu/com.einnovation.temu
- https://apkfab.com/temu/com.einnovation.temu
- https://apkishare.com/download/temu-shop-like-a-billionaire/219725
- https://apkpet.com/temu-shop-like-a-billionaire/com.einnovation.temu
- https://apkpure.com/temu-shop-like-a-billionaire/com.einnovation.temu
- https://apkresult.com/en/temu-apk
- https://appseeks.com/apps/temu.html
- https://www.itunesforwindows.com/app/1641486558/temu-canada-grand-opening
- https://www.itunesforwindows.com/app/1641486558/temu-shop-like-a-billionaire
- https://www.mobileapkfree.com/apk/temu

- https://modnapks.com/temu-apk, and

C.    An Order requiring Defendants and any Internet Service Providers or hosts for the Infringing Platforms to disclose all identifying information regarding the persons uploading the Infringing Apps and TEMU Marks, including name(s), physical and email address(es), and phone number(s), to Whaleco within five (5) business days from the entry of the Order.

D.    An Order enjoining Defendants, and their officers, employees, agents, servants, attorneys, and representatives, and all persons in active concert or participation with any of them:

1.    From using, registering, or seeking to use or register any name, mark, trade name, company name, domain name, source identifier, or designation comprised of or containing the TEMU Marks or any similar term(s) or design in any manner likely to cause confusion with Whaleco and/or the TEMU Marks or to otherwise injure Whaleco and/or its goodwill and reputation;

2.    From representing, by any means whatsoever, directly or indirectly, that Defendants, their services/goods, and/or their activities originate from, are sponsored by, or are associated, affiliated, or connected with Whaleco in any way;

3.    From engaging in acts that constitute trademark infringement, counterfeiting, dilution, false designation of origin, or

39

unfair competition that would damage or injure Whaleco's business reputation or damage or dilute the value of the TEMU Marks;

4.     From assisting, aiding, and/or abetting any other person or business entity in engaging in or performing any of the above activities.

E.     An Order requiring that Defendants immediately retract and destroy all products, packaging, signage, advertisements, promotional materials, stationary, forms, and/or materials and things that contain or bear the TEMU Marks or any other name, mark, trade name, company name, source identifier, or designation that contains or is confusingly similar to or dilutive of the TEMU Marks.

F.     An Order directing that, within thirty (30) days after the entry of the injunction, Defendants file with this Court and serve on Whaleco's attorneys a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

G.     An Order requiring that Defendants account for and pay to Whaleco all profits arising from Defendants' unlawful acts, and increasing such profits, for payment to Whaleco in accordance with 15 U.S.C. § 1117 and other applicable laws.

H.     An Order requiring that Defendants pay statutory damages in accordance with 15 U.S.C. § 1117(c) of up to $2,000,000 for each type of service sold, offered for sale, or distributed by Defendants under the registered TEMU

Marks.

I.    An Order requiring that Defendants pay Whaleco actual damages, in an amount to be determined, caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117 and other applicable laws.

J.    An Order requiring that Defendants pay Whaleco all of Whaleco's litigation expenses, including reasonable attorneys' fees and costs under 15 U.S.C. § 1117 and other applicable laws.

K.    An Order requiring that Defendants pay Whaleco punitive damages in an amount to be determined due to the foregoing willful acts.

L.    Other relief as the Court may deem appropriate.

Whaleco's *Ex Parte* Emergency Motion for Temporary Restraining Order and, Upon Notice and Hearing, Motion for Preliminary Injunction are forthcoming and will be filed in accordance with E.D. Ark. Local Rule 7.2.

RESPECTFULLY SUBMITTED this day, December 11, 2023.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: rbynum@wlj.com; ajones@wlj.com;
>        wogles@wlj.com
>
>
> By _____
>    Randall L. Bynum (89194)
>    Alexander T. Jones (2015246)
>    William J. Ogles (2018108)
>
> *AND*
>
> **FINNEGAN, HENDERSON, FARBAROW,
> GARRETT & DUNNER LLP
> 901 NEW YORK AVENUE, NW
> WASHINGTON, DC 20001-4413**
>
> Douglas A. Rettew (*pro hac vice*
> forthcoming)
> B. Brett Heavner (*pro hac vice* forthcoming)
>
>
> *Attorneys for Plaintiff*

**VERIFICATION**

I, the undersigned, certify and declare that I have read the foregoing Verified Complaint and know its contents.

I am Corporate Counsel of Whaleco Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and, on that ground, allege, that the matters stated in the document described above are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2023.

By: _Kathleen Zhang_

# EXHIBIT 1

Facebook or com facebook katana                                                                    Search

Home » Terms Of Use

# Terms Of Use

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of APKAIO.COM (the "site"). Please read them carefully before using this website. Note: APKAIO.COM is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that APKAIO.COM ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and APKAIO, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "APKAIO.COM", "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services. You should also review our Privacy Policy before using this site. By using our site you signify your agreement to these terms of use and to the Privacy Policy. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site. APKAIO.COM only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our Privacy Policy which details important information that will help answer questions regarding personal privacy in relation to the use of our site.

### 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees. Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law. You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation. We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

### 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that APKAIO.COM is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

### 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials. You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

### 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL

BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE. WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY. YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES. SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site. We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU. FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service. If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable. The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas. No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo. We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site. The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination. These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings. You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at : contact@APKAIO.com

Copyright © 2023 APKAIO.COM | Term of Use | Privacy Policy | DMCA Disclaimer | Contact Us

APKAIO.COM    APPS    GAMES

Facebook or com facebook katana                                                                                Search

Home » Terms Of Use

# Terms Of Use

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of APKAIO.COM (the "site"). Please read them carefully before using this website. Note: APKAIO.COM is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that APKAIO.COM ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and APKAIO, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "APKAIO.COM", "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services. You should also review our Privacy Policy before using this site. By using our site you signify your agreement to these terms of use and to the Privacy Policy. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site. APKAIO.COM only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our Privacy Policy which details important information that will help answer questions regarding personal privacy in relation to the use of our site.

## 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees. Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law. You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation. We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

## 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that APKAIO.COM is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials. You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL

BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE. WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY. YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES. SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site. We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU. FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service. If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable. The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas. No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo. We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site. The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination. These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings. You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at : contact@APKAIO.com

Copyright © 2023 APKAIO.COM | Term of Use | Privacy Policy | DMCA Disclaimer | Contact Us

**APKCEO**                    MOD    Games ⌄    Apps ⌄    English ⌄    [search apps & games]    Search

Home    Terms of Use

## Terms of Use - ApkCeo.com

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of ApkCeo com (the "site"). Please read them carefully before using this website.

**Note: ApkCeo.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that ApkCeo.com ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.**

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you" "your," or "user") and ApkCeo, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "ApkCeo.com" "we," "us", or "our") These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services.

You should also review our Privacy Policy before using this site.

By using our site you signify your agreement to these terms of use and to the *Privacy Policy*. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site

ApkCeo com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our *Privacy Policy* which details important information that will help answer questions regarding personal privacy in relation to the use of our site

## 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law

You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule or regulation

We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

## 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that ApkCeo com is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE.

WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY.

YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we

shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable.

The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings.

You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at :

contact@ApkCeo.com

For support related to the ApkCeo Android App, click here.

Last Updated: April 23, 2016

We do not intend to infringe any intellectual property, artist rights or copyrights. If you believe you have material posted here, please contact us and we will remove the material promptly. Or let us know if you want credit for it. Applications, games and all other information presented on this website are intended to familiarize users with content that may be of interest to them.

© 2023 ApkCeo.com

**ApkDirectory**        MOD   Games ⌄   Apps ⌄        English ⌄                                    Search

Home    Terms of Use

## Terms of Use - ApkDirectory.com

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of ApkDirectory.com (the "site"). Please read them carefully before using this website.

**Note: ApkDirectory.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that ApkDirectory.com ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.**

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and ApkDirectory, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "ApkDirectory.com" "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services

You should also review our Privacy Policy before using this site.

By using our site you signify your agreement to these terms of use and to the *Privacy Policy*. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site

ApkDirectory.com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our *Privacy Policy* which details important information that will help answer questions regarding personal privacy in relation to the use of our site

## 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law

You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation: to violate any of our policies, procedures, or requirements; or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation.

We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

## 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that ApkDirectory.com is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE.

WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY.

YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the indemnified parties ) harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR USE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE). EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we

shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable.

The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings.

You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at :

contact@ApkDirectory.com

For support related to the ApkDirectory Android App, click here.

Last Updated: April 23, 2016

About Us      Contact Us      Privacy Policy      Terms of Use      DMCA Disclaimer

© 2023 ApkDirectory.com



https://apkfab.com/terms                                                                    December 7, 2023 at 12:46 PM EST

**APKFab**

Editor's Choice    Reviews    News    Alternatives    TopTens    Hot Games    Hot Apps    Category    Discovery ▾    🔍    🌐 English

## Terms

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of APKFab.com (the "site"). Please read them carefully before using this website.

Note: APKFab.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that APKFab.com ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.

### The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and APKFab, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "APKFab.com", "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services.

You should also review our Privacy Policy before using this site.

By using our site you signify your agreement to these terms of use and to the Privacy Policy. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site.

APKFab.com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our Privacy Policy which details important information that will help answer questions regarding personal privacy in relation to the use of our site.

### 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees. Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law.

You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation.

We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

### 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that APKFab.com is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

### 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive

communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE.

WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY.

YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE

RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable.

The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings.

You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at :

business@apkfab.com

For support related to the APKFab Android App, click here.

Last Updated: July 20, 2019

- Wildberries APK
- Instagram APK
- TikTok APK
- Lazada APK Bundle
- Shopee APK
- Messages APK Bundle

- DLS23 APK Bundle
- Royal Match APK Bundle
- Coin Master APK
- 8 Ball Pool APK
- Avatar World APK Bundle
- Roblox APK Bundle

- Cookie Policy
- Privacy Policy
- Refund Policy FAQs
- About Us

Countries?

Discovery

- APKFab APP
- APK Downloader
- APK Upload
- Alternatives
- TopTens

© 2023 APKFab All rights reserved.

APKFab.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. Google Play and the Google Play logo are trademarks of Google LLC.

 APKPURE          Games   Apps   Articles ▾   Products ▾   TVOnic            APKPure

# Terms of use

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of APKPure.com (the "site"). Please read them carefully before using this website.

Note: APKPure.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that APKPure.com ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and ELECYBER INTERNATIONAL PTE. LTD., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "APKPure.com", "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include, where applicable, the services.

You should also review our Privacy Policy before using this site.

By using our site you signify your agreement to these terms of use and to the Privacy Policy. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site.

APKPure.com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our Privacy Policy which details important information that will help answer questions regarding personal privacy in relation to the use of our site.

## 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees. Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law.

You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation.

We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

## 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that APKPure.com is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.


Ads by Google
Send feedback
Why this ad? ▷

Discover ›

WhatsApp Messenger
★ 7.9

Facebook
★ 5.1

Instagram
★ 6.4

YouTube
★ 7.7

eFootball 2024
★ 5.8

Call of Duty: Mobile Season 11
★ 8.2

EA SPORTS FC MOBILE 24 SOC...
★ 8.1

Roblox
★ 8.1

3.2k
SHARES

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE.

WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY.

YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR

TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable.

The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts of choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings.

You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at :

support@apkpure.com

For support related to the APKPure Android App, click here.

Last Updated: April 23, 2016



Service
APK Install
APK Signature Verification
APK Download Service

Developers
Developer Console
Submit APK
Traffic Monetization with APKPure

Company
About Us
Contact Us
Business Cooperation



Discover what you want easier, faster and safer.



Copyright © 2014-2023 APKPure All rights reserved. | Privacy Policy | DMCA Disclaimer | Terms | EU AMAU

⊕ EN ▾

**APKResult**            MOD    Games    Apps    Youtube        English ∨        [search your & game]        Search

Home    Terms of Use

## Terms of Use - ApkResult.com

These terms of use (the "terms of use") set out the legal duties of the parties with respect to the use of our services and of ApkResult.com (the "site"). Please read them carefully before using this website.

**Note: ApkResult.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that ApkResult.com ONLY SHARE THE ORIGINAL APK FILE FOR FREE APPS. ALL THE APK FILE IS THE SAME AS IN GOOGLE PLAY WITHOUT ANY CHEAT, UNLIMITED GOLD PATCH OR ANY OTHER MODIFICATIONS.**

## The Agreement

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and ApkResult, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "ApkResult.com", "we," "us", or "our"). These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services"). References to "our site" include  where applicable, the services

You should also review our Privacy Policy before using this site.

By using our site you signify your agreement to these terms of use and to the *Privacy Policy*. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site

ApkResult.com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our *Privacy Policy* which details important information that will help answer questions regarding personal privacy in relation to the use of our site

## 1. Use Restrictions

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law

You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation.

We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

## 2. Links to Third Party Websites

When you are on our site you could be directed, via hyperlink, to third party websites that are beyond our control. For example, our site may provide search results in response to user queries or other links from advertisers, sponsors or content partners that may or may not use ads or logo(s) to link to their own sites. You acknowledge that when you click on a link that leaves our site, the site you will land on may not be controlled by us and different terms of use and privacy policies shall apply. By clicking on such links you hereby acknowledge that ApkResult.com is not responsible for those websites or their associated content or services. We also reserve the right to disable links from any third-party sites, although we are under no obligation to do so.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE SERVICES, INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR PROVIDED THROUGH OUR SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NON-INFRINGEMENT; ANY IMPLIED WARRANTY RELATING TO COURSE OF PERFORMANCE, COURSE OF DEALING, OR USAGE OF TRADE; AND ANY WARRANTY REGARDING THE SUITABILITY AND QUALITY OF OUR SITE FOR YOUR PURPOSES OR EXPECTATIONS. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN INFORMATION, CONTENT AND MATERIALS ON OUR SITE OR THROUGH OUR SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT OUR SITE OR THE SERVERS THAT MAKE SUCH INFORMATION, CONTENT AND MATERIALS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. MOREOVER, YOU ASSUME THE ENTIRE COST OF ALL ASSOCIATED SERVICING, REPAIR OR NECESSARY CORRECTION DUE TO ANY SUCH HARM. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES CONTAINED ON OR OFFERED, MADE AVAILABLE THROUGH, OR OTHERWISE RELATED IN ANY WAY TO OUR SITE OR ANY THIRD PARTY SITES OR SERVICES LINKED TO OR FROM OUR SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, COMPLETENESS, AVAILABILITY, RELIABILITY, SAFETY OR OTHERWISE.

WE CANNOT ENSURE THAT YOU WILL BE SATISFIED WITH ANY PRODUCTS OR SERVICES THAT YOU MAY PURCHASE FROM A THIRD PARTY WEBSITE THAT LINKS TO OR FROM OUR SITE OR THIRD PARTY INFORMATION, CONTENT OR MATERIALS CONTAINED ON OUR SITE. WE DO NOT ENDORSE ANY OF THE CONTENT, NOR HAVE WE TAKEN ANY STEPS TO CONFIRM THE ACCURACY, COMPLETENESS OR RELIABILITY OF, ANY OF THE INFORMATION, CONTENT OR MATERIALS CONTAINED ON ANY THIRD PARTY WEBSITE. WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, CONTENT OR MATERIALS YOU MIGHT BE REQUESTED TO GIVE TO ANY THIRD PARTY.

YOU HEREBY IRREVOCABLY WAIVE ANY CLAIM AGAINST US WITH RESPECT TO (A) INFORMATION, CONTENT AND MATERIALS CONTAINED ON OUR SITE OR PROVIDED THROUGH OUR SERVICES, (B) THIRD PARTY WEBSITES OR OFFERS PLACED THROUGH THE SITE IN RESPECT TO ANY INFORMATION, CONTENT AND MATERIALS YOU PROVIDE TO SUCH THIRD PARTIES.

SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SOME OR ALL OF THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS) OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

FURTHERMORE, IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE RESPONSIBLE OR LIABLE FOR THE CONTENT, COMPLETENESS, ACCURACY OR LEGALITY OF INFORMATION OR MATERIAL DISPLAYED IN CONNECTION WITH OR ARISING OUT OF OUR SITE OR ANY CESSATION, INTERRUPTION OR DELAY IN THE PERFORMANCE OF OUR SITE FOR ANY REASON INCLUDING, WITHOUT LIMITATION, CAUSES BEYOND OUR REASONABLE CONTROL SUCH AS EARTHQUAKE, FLOOD, FIRE, STORM OR OTHER NATURAL DISASTER, ACT OF GOD, LABOR CONTROVERSY OR THREAT THEREOF, CIVIL DISTURBANCE OR COMMOTION, ACT OF TERRORISM, DISRUPTION OF THE PUBLIC MARKETS, WAR OR ARMED CONFLICT OR THE INABILITY TO OBTAIN SUFFICIENT MATERIAL, SUPPLIES, LABOR, TRANSPORTATION, POWER OR OTHER ESSENTIAL COMMODITY OR SERVICE REQUIRED IN THE CONDUCT OF BUSINESS INCLUDING INTERNET ACCESS, OR ANY CHANGE IN OR THE ADOPTION OF ANY LAW, ORDINANCE, RULE, REGULATION, ORDER, JUDGMENT OR DECREE. OUR TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE ARISING OUT OF OR CONNECTED TO OUR SITE SHALL IN NO EVENT EXCEED $100.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we

shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use; provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable.

The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings.

You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.

## 9. Questions or Comments

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at :

contact@ApkResult.com

For support related to the ApkResult Android App, click here.

Last Updated: April 23, 2016

We do not intend to infringe intellectual property, artist rights or copyright. If you think you own any content posted here, just contact us and we'll remove that content immediately. Or let us know if you need credit for this. The application, games and all other information presented on this website is intended to familiarize users with content that may be of interest to them.

About Us    Contact Us    Privacy Policy    Terms of Use    DMCA Disclaimer    Facebook    Youtube    Twitter    Telegram

© 2023 ApkResult.com

https://appseeks.com/terms.html                              December 7, 2023 at 12:44 PM EST

**APP**SEEKS          ● APPS      ● GAMES      ● TOPICS      ▤ TAGS        Search Apps      ⌕

Home › Terms of Use

**PLEASE READ THESE BINDING LEGAL TERMS CAREFULLY BEFORE USING THIS SITE OR MAKING A RESERVATION. BY ACCESSING, USING, VIEWING, TRANSMITTING, CACHING OR STORING THIS SITE OR ANY OF ITS SERVICES, FUNCTIONS, MATERIALS, OR CONTENTS, YOU SHALL BE DEEMED TO HAVE AGREED TO EACH AND ALL THE TERMS, CONDITIONS, AND NOTICES IN THIS SITE ("AGREEMENT") WITHOUT MODIFICATION. CERTAIN TERMS, INCLUDING BUT NOT LIMITED TO THE ARBITRATION CLAUSE AND CLASS ACTION WAIVER CLAUSE, MAY RESTRICT YOUR RIGHTS TO BRING A CLAIM IN A COURT OF LAW.**

If you are not an Authorized User, and if you do not agree to the terms of this Agreement, you may not use this Site, including without limitation to make a reservation, or download any Materials from it. If you do not agree with these terms and conditions, please leave the Site immediately. Note: APPSeeks.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. All the apps & games are property and trademark of their respective developer or publisher and for HOME or PERSONAL use ONLY. Please be aware that APPSeeks.com only share the original APP file for free apps. All the APP file is the same as in Google Play without any cheat, unlimited gold patch or any other modifications.

**Terms and Conditions of Use**

The following terms and conditions (the "Terms of Use") govern your use of the websites. The term "Websites" includes all subdomains of Websites and any content, code, data, services, features or functionality made available from or through the Websites. We may change the Terms of Use from time to time, at any time without notice to you, by posting such changes on the Websites. Changes in the Terms of Use will be effective when posted and your continued use of the Websites and/or the services made available on or through the Websites after any changes to the Terms of Use are posted will be considered acceptance of those changes.

**The Agreement**

These terms of use are a legal agreement between you (referred to hereinafter as "you", "your," or "user") and APPSeeks, Inc., including its parent company and all of its subsidiaries and affiliated entities (referred to hereinafter as "APPSeeks.com" "we," "us", or "our") These terms of use set forth the Terms and Conditions under which you may use our site and any services (i.e. search) that may be offered at our site now or in the future (the "services") References to "our site" include, where applicable, the services.
You should also review our Privacy Policy before using this site.
By using our site you signify your agreement to these terms of use and to the Privacy Policy. We may amend these terms of use from time to time without notice to you, and you agree to be bound by any such amendments. Therefore, you should review these terms of use each time you use our site.
APPSeeks.com only provides general information and nothing on the site should be taken as any form of advice, warranty or endorsement. The content, information, articles, links, pictures, graphics, and other information contained on this site is for information and entertainment purposes only and is not a substitute for professional advice. To learn more, your should review our Privacy Policy which details important information that will help answer questions regarding personal privacy in relation to the use of our site

**1. Use Restrictions**

All information, content and materials contained or offered on our site are our copyrighted property or the copyrighted property of our content suppliers, licensors or licensees. All trademarks, service marks, trade names, and trade dress are proprietary to us and/or our content suppliers, licensors or licensees. Nothing contained on our site confers any license, right, title, or interest in or to our intellectual property or any third-party's intellectual property (including but not limited to patents, copyrights and trademarks) in any form by implication, estoppel, or otherwise. No content or material from our site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way that violates these terms of use or applicable law. You agree that you will only use our site for your personal use. You must not use our site for commercial purposes or in any way that harms us or any other person or entity. You shall not use or attempt to use our site for any improper or unlawful purpose including, without limitation, to violate any of our policies, procedures, or requirements, or to interfere with, disrupt, or breach the security of our site or any of our servers or networks. You are further responsible for ensuring that your use of our site does not violate any applicable local, state, federal, international or other law, rule, or regulation
We are committed to protecting the privacy of children. You should be aware that this site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13.

**Discover Apps**

 Messenger
Communicatic

 Google
Finance

 Police
News &

 NFL
Sports

Pandora -
Music &

Hangouts
Communicatic

**Top Downloads**

 TikTok
Social
★★★★★

 WhatsApp ..
Communication
★★★★★

 Bigo Live - Live..
Social
★★★★★

 Telegram
Communication
★★★★★

 Walmart Shopping
Shopping
★★★★★

 Discord: Talk, Cha..
Communication
★★★★★

 WEBTOON
Comics
★★★★★

 MeetMe: Chat &...
Social
★★★★★

 Tango – Live
Social
★★★★★

 Messenger – Text..
Communication
★★★★★

**Trending searches**

Five Nights at Freddy's

## 2. Third Party Websites.

You may be able to link from the Websites to third party websites and third party websites may link to the Websites ("Linked Sites"). You acknowledge and agree that we have no responsibility for the information, content, products, services, advertising, code or other materials which may or may not be provided by or through Linked Sites, even if they are owned or run by affiliates of ours. Links to Linked Sites do not constitute an endorsement or sponsorship by us of such Linked Sites or the information, content, products, services, advertising, code or other materials presented on or through such Linked Sites. The inclusion of any link to such Linked Sites on our Websites does not imply our endorsement, sponsorship, or recommendation of that site. we disclaim any liability for links (1) from another website to the Websites and (2) to another website from the Websites. we cannot guarantee the standards of any websites to which links are provided on the Websites nor shall we be held responsible for the contents of such sites, or any subsequent links. We do not represent or warrant that the contents of any third party websites are accurate, compliant with state or federal law, or compliant with copyright or other intellectual property laws. Also, we are not responsible for any form of transmission received from any Linked Sites. Any reliance on the contents of a third party website is done at your own risk and you assume all responsibilities and consequences resulting from such reliance.

## 3. Electronic Communications

Should you send e-mails to us for any reason, you are communicating with us electronically. By doing so, you consent to receive communications from us electronically. We may communicate with you by e-mail or by posting notices on our site. You agree that all notices, disclosures, agreements and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 4. Policy Restrictions

You will not impair or cause damage to our site, or any connected network, or otherwise interfere with any person or entity's use or enjoyment of our site in any way, including without limitation, using or launching any automated system that accesses our site in a manner that sends more request messages to our servers in a given period of time than a human can reasonably produce in the same period by using a conventional online web browser. Notwithstanding the foregoing, operators of public search engines may use spiders for the sole purpose of creating publicly available searchable indices of the materials and our site, but not for caching or archiving such materials.

You agree that you will not take any action that imposes an unreasonable or disproportionately large load on the infrastructure of our sites.

## 5. DISCLAIMER

THE WEBSITES, INCLUDING, WITHOUT LIMITATION, ALL SERVICES, CONTENT, FUNCTIONS AND MATERIALS PROVIDED THROUGH THE WEBSITES, ARE PROVIDED "AS IS," "AS AVAILABLE," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY FOR INFORMATION, DATA, DATA PROCESSING SERVICES, UPTIME OR UNINTERRUPTED ACCESS, ANY WARRANTIES CONCERNING THE AVAILABILITY, PLAYABILITY, DISPLAYABILITY, ACCURACY, PRECISION, CORRECTNESS, THOROUGHNESS, COMPLETENESS OR USEFULNESS OF CONTENT OR INFORMATION, AND ANY WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND WE HEREBY DISCLAIM ANY AND ALL SUCH WARRANTIES, EXPRESS AND IMPLIED. WE DO NOT WARRANT THAT THE WEBSITES OR THE SERVICES, CONTENT, FUNCTIONS OR MATERIALS PROVIDED THROUGH THE WEBSITES WILL BE TIMELY, SECURE, UNINTERRUPTED OR ERROR FREE, OR THAT DEFECTS WILL BE CORRECTED. WE MAKE NO WARRANTY THAT THE WEBSITES OR THE PROVIDED SERVICES WILL MEET USERS' REQUIREMENTS. NO ADVICE, RESULTS OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE WEBSITES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. APPSeeks ALSO ASSUMES NO RESPONSIBILITY, AND SHALL NOT BE LIABLE FOR DAMAGES TO, OR VIRUSES THAT MAY INFECT, YOUR EQUIPMENT ON ACCOUNT OF YOUR ACCESS TO, USE OF, OR BROWSING IN THE WEBSITES OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO CONTENT, OR AUDIO CONTENT FROM THE WEBSITES UNDER NO CIRCUMSTANCES SHALL APPSeeks BE RESPONSIBLE FOR ANY LOSS OR DAMAGE, INCLUDING PERSONAL INJURY OR DEATH, RESULTING FROM USE OF THE WEBSITES, ANY CONTENT POSTED ON OR THROUGH THE WEBSITES, OR CONDUCT OF ANY USERS OF THE WEBSITES, WHETHER ONLINE OR OFF YOU USE THE WEBSITES AT YOUR OWN RISK. IF YOU ARE DISSATISFIED WITH THE WEBSITES, YOUR SOLE REMEDY IS TO DISCONTINUE USING THE WEBSITES

WE TRY TO ENSURE THAT THE INFORMATION POSTED ON THE WEBSITES IS CORRECT AND UP-TO-DATE WE RESERVE THE RIGHT TO CHANGE OR MAKE CORRECTIONS TO ANY OF THE INFORMATION PROVIDED ON THE WEBSITES AT ANY TIME AND WITHOUT ANY PRIOR WARNING. APPSeeks NEITHER ENDORSES NOR IS RESPONSIBLE FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE OR STATEMENT ON THE WEBSITES, NOR FOR ANY OFFENSIVE, DEFAMATORY, OBSCENE, INDECENT, UNLAWFUL OR INFRINGING POSTING MADE THEREON BY ANYONE OTHER THAN AUTHORIZED APPSeeks EMPLOYEE SPOKESPERSONS WHILE ACTING IN THEIR OFFICIAL CAPACITIES (INCLUDING, WITHOUT LIMITATION OTHER USERS OF THE WEBSITES). IT IS YOUR RESPONSIBILITY TO EVALUATE THE ACCURACY, COMPLETENESS OR USEFULNESS OF ANY INFORMATION, OPINION, ADVICE OR OTHER CONTENT

Temple Run    SLG    Punk

King    Clash of Clans

AVAILABLE THROUGH THE WEBSITES

## 6. Indemnification

You hereby agree to indemnify, defend, and hold us, our content providers, licensors, licensees, distributors, agents, representatives and other authorized users, and each of the foregoing entities' respective resellers, distributors, service providers and suppliers, and all of the foregoing entities' respective officers, directors, owners, employees, agents, representatives, successors and assigns (collectively, the "indemnified parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the indemnified parties in connection with any claim arising out of any breach by you of these terms of use or claims arising directly or indirectly from your use of our site.

We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you hereby agree to cooperate with us in the defense of any such claim.

## 7. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE OR ANY OF OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS, AFFILIATES, SUBSIDIARIES, SUCCESSORS OR ASSIGNS BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY CLAIM FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS), OR FOR DAMAGE TO YOUR COMPUTER (INCLUDING BUT NOT LIMITED TO HARM RESULTING FROM DOWNLOADING OR ACCESSING INFORMATION OR MATERIAL ON THE INTERNET), OR FOR FAILURE TO STORE OR DELIVER, IN A TIMELY OR UNTIMELY MANNER, ANY INFORMATION OR MATERIAL DISPLAYED, OR ANY CLAIM IN CONTRACT OR TORT (WHETHER OR NOT ARISING IN WHOLE OR PART OUT OF OUR ACT, OMISSION, FAULT, NEGLIGENCE, STRICT LIABILITY, OR PRODUCT LIABILITY) ARISING OUT OF OR IN CONNECTION WITH OUR SITE, THE CONTENT OF OUR SITE, OR FROM USERS OF OUR SITE (WHETHER OFFLINE OR ONLINE), EVEN IF SUCH DAMAGES ARE FORESEEABLE OR WE HAVE BEEN ADVISED OF OR HAVE CONSTRUCTIVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU FURTHER ACKNOWLEDGE AND AGREE THAT NEITHER WE, NOR OUR CONTENT PROVIDERS, LICENSORS, LICENSEES, NOR ANY OF THE FOREGOING ENTITIES' RESPECTIVE RESELLERS, DISTRIBUTORS, SERVICE PROVIDERS OR SUPPLIERS ARE RESPONSIBLE OR LIABLE FOR ANY INCOMPATIBILITY BETWEEN OUR SITE AND ANY OTHER WEBSITE, BROWSER, SERVICE, SOFTWARE OR HARDWARE. THE LIMITATIONS, EXCLUSIONS AND DISCLAIMERS IN THIS SECTION AND ELSEWHERE IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, CERTAIN PARTS OF THE FOREGOING PARAGRAPH OF THIS SECTION MAY NOT APPLY TO YOU.

## 8. General Provisions

We reserve the right at any time to modify or discontinue, temporarily or permanently, the site (or any part thereof) with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of the service.

If any provision of these terms of use, for any reason, be declared void, illegal, invalid, or unenforceable in whole or in part, such provision will be severable from all other provisions herein and will not affect or impair the validity or enforceability of any other provision of these terms of use, provided, however, that a court having jurisdiction may revise such provision to the extent necessary to make such provision valid and enforceable. The laws of the State of Arkansas, U.S.A. govern all matters arising out of these terms of use, without giving effect to any conflicts or choice of laws principles that would require the application of the laws of a different jurisdiction. Any dispute or claim arising out of or in relation to these terms of use, or the interpretation, making, performance, breach or termination thereof, will be finally settled by the courts of Faulkner County, Arkansas, U.S.A. and of any federal court located in the eastern district of Arkansas.

No waiver of any provision of these terms of use by us shall be deemed a further or continuing waiver of such provision or any other provision, and our failure to assert any right or provision under these terms of use shall not constitute a waiver of such right or provision. Any waiver of any provision of these terms of use will be effective only if in writing and signed by Inuvo.

We may immediately terminate these terms of use with respect to you (including your access to our site, or any portion thereof) without cause and without notice to you in our sole discretion. Upon termination, you must cease use of our site.

The provisions of these terms of use, which by their nature should survive the termination of these terms of use, shall so survive such termination.

These terms of use along with any other notices, policies, procedures, agreements, and terms and conditions on our site contain the entire understanding with respect to your use of our site and our relationship with you and such shall supersede all prior understandings and agreements, whether written or oral, and all prior dealings. You agree that regardless of any statute or law to the contrary, any cause of action against us arising out of or related to our site must commence within one (1) year after the cause of action accrues or such cause of action shall be permanently barred.



**9. Questions or Comments**

If you have any questions or comments regarding these terms of use, the practices of our site, or your dealings with our site, you may contact us at : support@appseeks.com

| CUSTOMER SERVICE | TOP ANDROID APPS | TOP ANDROID APPS | TOP ANDROID GAMES | TOP ANDROID GAMES |
|---|---|---|---|---|
| About Us | Twitter | Walmart Shopping | Garena Free Fire | Clash of Clans |
| Privacy Policy | Uber | Google Home | Call of Duty®: Mobile | Pokémon GO |
| Contact Us | Venmo | Telegram | PUBG MOBILE: RESISTANCE | Rise of Kingdoms |
| Terms of Use | TikTok | Facebook | Roblox | Fishdom |
| | WhatsApp | Cash App | Subway Surfers | Coin Master |

Copyright 2023 APPSeeks All rights reserved. |   DMCA Disclaimer |   Privacy Policy |   Notice a bug? Report

# EXHIBIT 2



EXHIBIT 3





# EXHIBIT 4



https://play.google.com/store/apps/details?id=com.einnovation.temu&hl=en_US&gl=US    October 23, 2023 at 5:46 PM EDT

# Temu: Shop Like a Billionaire

Temu

4.7★ · 100M+ Downloads · Editors' Choice · Teen ID
1.44M reviews

Install    Share    Add to wishlist    ▶ Trailer





## About this app

Shop on Temu for exclusive offers. Free delivery everywhere!

No matter what you're looking for, Temu has you covered, including fashion, home decor, handmade crafts, beauty & cosmetics, clothing, shoes, and more.

Download Temu today and enjoy incredible deals daily...

Updated on
Oct 23, 2023

#1 top free shopping    Shopping

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

This app may share these data types with third parties
App activity and Device or other IDs

This app may collect these data types
Personal info, Financial info and 4 others

Data is encrypted in transit

You can request that data be deleted

See details

## Ratings and reviews →    Ratings and reviews are verified ⓘ

Phone    Tablet    Chromebook

4.7
★★★★★
1.44M reviews



Mark D
★★★★ October 19, 2023
Temu is mostly good and intuitive app. Prices and items are surprisingly good. It's been great so far with the many orders that I've placed and the shipping has always been within the estimates for arrival. However, I am deducting a star because they got rid of the wishlist without explaining why, so the only way to save items is to add them to your cart. That's disappointing

979 people found this review helpful

Did you find this helpful?    Yes    No

S.M.H. (Why Me!!)

App support ⌄

## More by Temu →

Whatek
Temu
3.8 ★

## Similar apps →

eBay: Online Shopping Deals
eBay Mobile
4.7 ★

SHEIN-Shopping Online
Roadget Business PTE. LTD
4.5 ★

Wish: Shop and Save
Wish Inc.
4.7 ★

AliExpress
Alibaba Mobile
4.5 ★

Amazon Shopping
Amazon Mobile LLC
4.2 ★

Etsy: Home, Style & Gifts
Etsy, Inc
4.8 ★

★★★★★ October 17, 2023

Great app. It's like Amazon but with cheaper prices. Yes, it may take a number of days for you to receive your items. But, I would rather deal with that then over paying for items. Plus, you can earn free items by playing 2 different games that they have. I personally believe that its better than Amazon, especially seeing that you can actually get free items through their games unlike Amazon whom state that you can through their games. But you really can't!!!

1,265 people found this review helpful

Did you find this helpful?    Yes    No

Garry Horsey    ⋮

★★★★ September 25, 2023

Better quality than Wish and faster shipping. Some of the size charts aren't accurate so I just buy multiple sizes and return the sizes that don't fit. They offer free returns. Looking to buy more items soon. Not a fan of the constant notifications and texts on "deals" or "Get $100", then you open it and it's a bunch of confusing mess. Also, they'll advertise an item at a low price, but it's just for one size. The size you want will usually be a higher price

4,805 people found this review helpful

Did you find this helpful?    Yes    No

See all reviews

⚐ Flag as inappropriate

Google Play                Kids & family

Play Pass                  Parent Guide

Play Points                Family sharing

Gift cards

Redeem

Refund policy

Terms of Service    Privacy    About Google Play    Developers    Google Store                United States (English (United States))

# EXHIBIT 5

**Generated on:** This page was generated by TSDR on 2023-11-06 10:44:24 EST

**Mark:** TEMU



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97575680 | **Application Filing Date:** | Sep. 01, 2022 |
| **US Registration Number:** | 7145476 | **Registration Date:** | Aug. 22, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 22, 2023

**Publication Date:** Jun. 06, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TEMU |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized word TEMU with a stylized dress on top of the letter T, a rocking horse above the letter E, a shoe above the letter M, and a bag above the letter U. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Translation:** | The wording TEMU has no meaning in a foreign language. |
| **Design Search Code(s):** | 09.03.04 - Dresses; Gowns, ladies' ball; Skirts; Suits, Women's<br>09.07.06 - Other women's shoes<br>19.01.06 - Purses; Pocketbooks; Handbags<br>21.01.25 - Sand toys; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand boxes (toys); Airplanes, paper; Arcade games; Roulette wheels; Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.09.21 - Squares that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Provision of an online marketplace for buyers and sellers of goods and services |
| **International Class(es):** | 035 - Primary Class |
| **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |

**First Use:** Sep. 01, 2022                    **Use in Commerce:** Sep. 01, 2022

## Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** Yes

**Filed ITU:** Yes                    **Currently ITU:** No

**Filed 44D:** No                    **Currently 44E:** No

**Filed 44E:** No                    **Currently 66A:** No

**Filed 66A:** No                    **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Five Bells Limited

**Owner Address:** 6 RAFFLES QUAY, #14-06
SINGAPORE SINGAPORE 048580

**Legal Entity Type:** limited company (ltd.)                    **State or Country** VIRGIN ISLANDS, BRITISH
                    **Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paulo A. de Almeida

**Attorney Primary** notice@paiplaw.com                    **Attorney Email** Yes
**Email Address:**                    **Authorized:**

### Correspondent

**Correspondent** Paulo A. de Almeida
**Name/Address:** PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-** notice@paiplaw.com                    **Correspondent e-** Yes
**mail:**                    **mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 22, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 22, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 11, 2023 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| Jun. 26, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jun. 06, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 06, 2023 | PUBLISHED FOR OPPOSITION | |
| May 17, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 02, 2023 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| May 01, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 01, 2023 | USE AMENDMENT ACCEPTED | 76433 |
| May 01, 2023 | ASSIGNED TO EXAMINER | 76433 |
| Apr. 28, 2023 | PETITION TO DIRECTOR - MAKE SPECIAL - GRANTED | 92998 |
| Apr. 28, 2023 | ASSIGNED TO PETITION STAFF | 92998 |
| Apr. 21, 2023 | TEAS PETITION TO DIRECTOR-MAKE SPECIAL-RECEIVED | 1111 |
| Apr. 15, 2023 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Apr. 15, 2023 | USE AMENDMENT FILED | 88889 |
| Apr. 14, 2023 | TEAS AMENDMENT OF USE RECEIVED | |
| Sep. 22, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

Sep. 05, 2022    NEW APPLICATION ENTERED

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION    **Date in Location:** Aug. 22, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Extension of Time**

**Proceeding Number:** 97575680    **Filing Date:** Jun 26, 2023

**Status:** Terminated    **Status Date:** Jul 11, 2023

**Interlocutory Attorney:**

**Defendant**

**Name:** Five Bells Limited

**Correspondent Address:** PAULO A. DE ALMEIDA
PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO CA UNITED STATES , 91436

**Correspondent e-mail:** notice@paiplaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| TEMU | | 97575680 | |

**Potential Opposer(s)**

**Name:** Riot Games, Inc.

**Correspondent Address:** LORI S. KOZAK
FOX ROTHSCHILD LLP
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE NJ UNITED STATES , 08648-2311

**Correspondent e-mail:** ipdocket@foxrothschild.com , lkozak@foxrothschild.com , gtat@foxrothschild.com

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 5 | TERMINATED | Jul 11, 2023 | |
| 4 | RELINQUISHMENT ACKNOWLEDGED; APPLICATION RELEASED TO TRADEMARKS | Jul 07, 2023 | |
| 3 | P RELINQUISHMENT OF EXT | Jul 07, 2023 | |
| 2 | EXT GRANTED | Jun 26, 2023 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Jun 26, 2023 | |

**Generated on:** This page was generated by TSDR on 2023-11-06 10:45:35 EST

**Mark:** TEMU

temu

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97543533 | **Application Filing Date:** | Aug. 10, 2022 |
| **US Registration Number:** | 7157165 | **Registration Date:** | Sep. 05, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 05, 2023

**Publication Date:** Jun. 20, 2023

# Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, namely, software for online shopping; computer programs, downloadable for online shopping; Downloadable computer software for online shopping; Downloadable computer software for use as an electronic wallet; Recorded computer programs for online shopping

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 2022 | **Use in Commerce:** | Sep. 01, 2022 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 Raffles Quay, #14-06<br>Singapore SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Paulo A. de Almeida |
| **Attorney Primary Email Address:** | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Paulo A. de Almeida<br>PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 05, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 05, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 20, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 20, 2023 | PUBLISHED FOR OPPOSITION | |
| May 31, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 18, 2023 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 96463 |
| May 10, 2023 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 09, 2023 | USE AMENDMENT ACCEPTED | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Apr. 19, 2023 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Apr. 19, 2023 | USE AMENDMENT FILED | 88889 |
| Apr. 18, 2023 | TEAS AMENDMENT OF USE RECEIVED | |
| Oct. 06, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 96463 |
| Oct. 06, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 07, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 26, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 05, 2023 |

**Generated on:** This page was generated by TSDR on 2023-11-06 10:46:09 EST

**Mark:** TEMU



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97575637 | **Application Filing Date:** | Sep. 01, 2022 |
| **US Registration Number:** | 7157220 | **Registration Date:** | Sep. 05, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 05, 2023

**Publication Date:** Jun. 20, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TEMU |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Translation:** | The wording "TEMU" has no meaning in a foreign language. |
| **Design Search Code(s):** | 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball<br>09.07.06 - Other women's shoes<br>19.01.06 - Handbags; Pocketbooks; Purses<br>21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Downloadable computer application software for mobile phones, namely, software for online shopping; Downloadable computer programs for online shopping; Downloadable computer software for use as an electronic wallet; Downloadable computer software for online shopping; Recorded computer programs for online shopping |
| **International Class(es):** | 009 - Primary Class |
| | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |

**First Use:** Sep. 01, 2022                                        **Use in Commerce:** Sep. 01, 2022

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY, #14-06 SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Paulo A. de Almeida |
| **Attorney Primary Email Address:** | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Paulo A. de Almeida PATEL & ALMEIDA, P. C. 16830 VENTURA BLVD., SUITE 360 ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

~~Domestic Representative - Not Found~~

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 05, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 05, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 20, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 20, 2023 | PUBLISHED FOR OPPOSITION | |
| May 31, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 11, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT -WRITTEN | 82091 |
| May 10, 2023 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| May 09, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 09, 2023 | USE AMENDMENT ACCEPTED | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Apr. 19, 2023 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Apr. 19, 2023 | USE AMENDMENT FILED | 88889 |
| Apr. 18, 2023 | TEAS AMENDMENT OF USE RECEIVED | |
| Sep. 22, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

Sep. 21, 2022    NEW APPLICATION OFFICE SUPPLIED DATA ENTERED

Sep. 05, 2022    NEW APPLICATION ENTERED

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION                **Date in Location:**  Sep. 05, 2023

Generated on: This page was generated by TSDR on 2023-11-06 10:46:40 EST

Mark: TEMU

temu

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97975695 | **Application Filing Date:** | Aug. 10, 2022 |
| **US Registration Number:** | 7164306 | **Registration Date:** | Sep. 12, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 12, 2023

**Publication Date:** Jun. 27, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TEMU |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

**Child Of:** 97543542

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Provision of an online marketplace for buyers and sellers of goods and services | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 2022 | **Use in Commerce:** | Sep. 01, 2022 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

**Filed 66A:** No                                    **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Five Bells Limited

**Owner Address:** 6 Raffles Quay, #14-06
Singapore SINGAPORE 048580

**Legal Entity Type:** limited company (ltd.)                **State or Country** VIRGIN ISLANDS, BRITISH
                                                             **Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Paulo A. de Almeida

**Attorney Primary** notice@paiplaw.com                **Attorney Email** Yes
**Email Address:**                                     **Authorized:**

**Correspondent**

**Correspondent** Paulo A. de Almeida
**Name/Address:** PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-** notice@paiplaw.com                **Correspondent e-** Yes
**mail:**                                              **mail Authorized:**

~~Domestic Representative - Not Found~~

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 12, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 12, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 27, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 27, 2023 | PUBLISHED FOR OPPOSITION | |
| Jun. 07, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 25, 2023 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 96463 |
| May 18, 2023 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| May 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 17, 2023 | USE AMENDMENT ACCEPTED | 82091 |
| May 15, 2023 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Apr. 14, 2023 | USE AMENDMENT FILED | 88889 |
| May 15, 2023 | DIVISIONAL PROCESSING COMPLETE | |
| Apr. 14, 2023 | DIVISIONAL REQUEST RECEIVED | |
| May 15, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Apr. 14, 2023 | TEAS AMENDMENT OF USE RECEIVED | |
| Apr. 14, 2023 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Oct. 06, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 96463 |
| Oct. 06, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 07, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 26, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION        **Date in Location:** Sep 12, 2023

# EXHIBIT 6

**Generated on:** This page was generated by TSDR on 2023-11-06 10:47:57 EST

**Mark:** TEMU

temu

**US Serial Number:** 97543542                          **Application Filing Date:** Aug. 10, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Aug. 22, 2023

**Publication Date:** Jun. 27, 2023 **Notice of Allowance Date:** Aug. 22, 2023

# Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Parent Of:** 97975695

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Advertising services; Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; providing business information; Marketing services; Systemization of information into computer databases; sales promotion for others

**International Class(es):** 035 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No

**Filed ITU:** Yes                   **Currently ITU:** Yes

**Filed 44D:** No                    **Currently 44E:** No

**Filed 44E:** No                    **Currently 66A:** No

Filed 66A: No                            Currently No Basis: No

Filed No Basis: No

# Current Owner(s) Information

**Owner Name:** Five Bells Limited

**Owner Address:** 6 Raffles Quay, #14-06
Singapore SINGAPORE 048580

**Legal Entity Type:** limited company (ltd.)           **State or Country** VIRGIN ISLANDS, BRITISH
                                                 **Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paulo A. de Almeida

**Attorney Primary** notice@paiplaw.com          **Attorney Email** Yes
**Email Address:**                                           **Authorized:**

### Correspondent

**Correspondent** Paulo A. de Almeida
**Name/Address:** PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-** notice@paiplaw.com       **Correspondent e-** Yes
**mail:**                                       **mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 22, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 27, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 27, 2023 | PUBLISHED FOR OPPOSITION | |
| Jun. 07, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 25, 2023 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 96463 |
| May 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 15, 2023 | DIVISIONAL PROCESSING COMPLETE | |
| Apr. 14, 2023 | DIVISIONAL REQUEST RECEIVED | |
| May 15, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Apr. 14, 2023 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Oct. 06, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 96463 |
| Oct. 06, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 07, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 26, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** PARKER, JUSTINE D           **Law Office** LAW OFFICE 101
                                             **Assigned:**

### File Location

**Current Location:** INTENT TO USE SECTION       **Date in Location:** Aug. 22, 2023

**Generated on:** This page was generated by TSDR on 2023-11-06 10:48:23 EST

**Mark:** TEMU

temu

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97543555 | **Application Filing Date:** | Aug. 10, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Oct. 10, 2023

**Publication Date:** Oct. 10, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer-aided transmission of messages and images; Providing user access to a global computer network; transmission of podcasts; providing telecommunications connections to a global computer network; Providing on-line forums for transmission of messages among computer users

| | | | |
|---|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 Raffles Quay, #14-06<br>Singapore SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joan Optican Herman | **Docket Number:** | 59061; 6551 |
| **Attorney Primary Email Address:** | tmdocketing.herman@hoveywilliams.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** Joan Optican Herman
Hovey Williams LLP
10801 Mastin St., Suite 1000
Overland Park, KANSAS UNITED STATES 66210

| | | | |
|---|---|---|---|
| **Phone:** | 913-647-9050 | **Fax:** | 913-647-9057 |
| **Correspondent e-mail:** | tmdocketing.herman@hoveywilliams.com mmcint yre@hoveywilliams.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 31, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 28, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 28, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 28, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Oct. 07, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 96463 |
| Oct. 06, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 07, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 26, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | PARKER, JUSTINE D | **Law Office Assigned:** | LAW OFFICE 101 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 07, 2023 |

**Generated on:** This page was generated by TSDR on 2023-11-06 10:47:27 EST
**Mark:** TEMU

temu

**US Serial Number:** 97543570

**Application Filing Date:** Aug. 10, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** May 09, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software design; Updating of computer software; Software as a service (SAAS) services featuring software for online shopping; Information technology consulting services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Five Bells Limited

| | |
|---|---|
| **Owner Address:** | 6 Raffles Quay, #14-06<br>Singapore SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Paulo A. de Almeida |
| **Attorney Primary Email Address:** | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Paulo A. de Almeida<br>PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 09, 2023 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| May 09, 2023 | LETTER OF SUSPENSION E-MAILED | |
| May 09, 2023 | SUSPENSION LETTER WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Oct. 07, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 96463 |
| Oct. 06, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 07, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 26, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 13, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | PARKER, JUSTINE D |

**Law Office Assigned:** LAW OFFICE 101

### File Location

| | |
|---|---|
| **Current Location:** | TMEG LAW OFFICE 101 - EXAMINING ATTORNEY ASSIGNED |

**Date in Location:** May 09, 2023

**Generated on:** This page was generated by TSDR on 2023-11-06 10:48:51 EST

**Mark:** TEMU



**US Serial Number:** 97575694

**Filed as TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Sep. 01, 2022

**Currently TEAS Plus:** Yes

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Oct. 10, 2023

**Publication Date:** Oct. 10, 2023

---

# Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Translation:** The wording "TEMU" has no meaning in a foreign language.

**Design Search Code(s):** 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball
09.07.06 - Other women's shoes
19.01.06 - Handbags; Pocketbooks; Purses
21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer-aided transmission of messages and images; Providing on-line forums for transmission of messages among computer users; Providing telecommunications connections to a global computer network; Providing user access to a global computer network; Transmission of podcasts

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Five Bells Limited |
| Owner Address: | 6 RAFFLES QUAY, #14-06<br>SINGAPORE SINGAPORE 048580 |
| Legal Entity Type: | limited company (ltd.) |

| | |
|---|---|
| State or Country Where Organized: | VIRGIN ISLANDS, BRITISH |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Joan Optican Herman | Docket Number: | 59062; 6551 |
| Attorney Primary Email Address. | tmdocketing.herman@hoveywilliams.com | Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | Joan Optican Herman<br>Hovey Williams LLP<br>10801 Mastin St., Suite 1000<br>Overland Park, KANSAS UNITED STATES 66210 |
| Phone: | 9136479050 |
| Correspondent e-mail | tmdocketing.herman@hoveywilliams.com mmcintyre@hoveywilliams.com |

| | |
|---|---|
| Fax: | 913-647-9057 |
| Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 20, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 31, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 28, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 28, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 28, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Sep. 22, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 05, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** PARKER, JUSTINE D

**Law Office Assigned:** LAW OFFICE 101

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Sep. 07, 2023



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-11-06 10:49:18 EST |
| **Mark:** | TEMU |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97575712 | **Application Filing Date:** | Sep. 01, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Aug. 28, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TEMU |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Translation:** | The wording "TEMU" has no meaning in a foreign language. |
| **Design Search Code(s):** | 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball<br>09.07.06 - Other women's shoes<br>19.01.06 - Handbags; Pocketbooks; Purses<br>21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer software design; Information technology consulting services; Software as a service (SAAS) services featuring software for online shopping; Updating of computer software | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

# Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Five Bells Limited |
| Owner Address: | 6 RAFFLES QUAY, #14-06<br>SINGAPORE SINGAPORE 048580 |
| Legal Entity Type: | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| Attorney Name: | Paulo A. de Almeida |
| Attorney Primary Email Address: | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | Paulo A. de Almeida<br>PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 |
| Phone: | 818-380-1900 |
| Correspondent e-mail: | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 28, 2023 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Aug. 28, 2023 | LETTER OF SUSPENSION E-MAILED | |
| Aug. 28, 2023 | SUSPENSION LETTER WRITTEN | 82091 |
| Jul. 22, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 21, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 21, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Sep. 22, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 05, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| TM Attorney: | PARKER, JUSTINE D |

**Law Office Assigned:** LAW OFFICE 101

### File Location

| | |
|---|---|
| Current Location: | TMEG LAW OFFICE 101 - EXAMINING ATTORNEY ASSIGNED |

**Date in Location:** Aug. 28, 2023

Generated on: This page was generated by TSDR on 2023-11-06 10:49:43 EST

Mark: TEMU

temu

US Serial Number: 97736381                    Application Filing Date: Dec. 29, 2022

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Aug. 08, 2023

Publication Date: Jun. 13, 2023    Notice of Allowance Date: Aug. 08, 2023

## Mark Information

Mark Literal Elements: TEMU

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Translation: The wording "TEMU" has no meaning in a foreign language.

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: electronic funds transfer; online banking; Bill payment services provided via an electronic wallet; Financing of loans; mobile banking services

International Class(es): 036 - Primary Class          U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06<br>SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Alex Patel

**Attorney Primary Email Address:** notice@paiplaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALEX PATEL
PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-mail:** notice@paiplaw.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 08, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 13, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 13, 2023 | PUBLISHED FOR OPPOSITION | |
| May 24, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** PARKER, JUSTINE D

**Law Office Assigned:** LAW OFFICE 101

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Aug. 08, 2023

**Generated on:** This page was generated by TSDR on 2023-11-06 10:50:08 EST

**Mark:** TEMU

temu

**US Serial Number:** 97736385

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** 

**Application Filing Date:** Dec. 29, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Aug. 08, 2023

**Publication Date:** Jun. 13, 2023 **Notice of Allowance Date:** Aug. 08, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The wording "TEMU" has no meaning in a foreign language.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Packaging and parcelling of goods for transport purposes, namely, the packing of goods using sustainable or biodegradable packaging and shipping materials; locating and tracking of cargo for transportation purposes; freight forwarding; storage of goods; parcel delivery

**International Class(es):** 039 - Primary Class

**U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** | No |
| **Filed ITU:** Yes | **Currently ITU:** | Yes |
| **Filed 44D:** No | **Currently 44E:** | No |
| **Filed 44E:** No | **Currently 66A:** | No |
| **Filed 66A:** No | **Currently No Basis:** | No |
| **Filed No Basis:** No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06<br>SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country** VIRGIN ISLANDS, BRITISH
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Alex Patel

**Attorney Primary** notice@paiplaw.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** ALEX PATEL
**Name/Address:** PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-** notice@paiplaw.com
**mail:**

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 08, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 13, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 13, 2023 | PUBLISHED FOR OPPOSITION | |
| May 24, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** PARKER, JUSTINE D

**Law Office** LAW OFFICE 101
**Assigned:**

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Aug. 08, 2023

**Generated on:** This page was generated by TSDR on 2023-11-06 10:50:32 EST

**Mark:** TEMU

temu

**US Serial Number:** 97736391                    **Application Filing Date:** Dec. 29, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Oct. 24, 2023

**Publication Date:** Aug. 29, 2023 **Notice of Allowance Date:** Oct. 24, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The wording "TEMU" has no meaning in a foreign language.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing on-line videos featuring music, not downloadable; on-line video journals, namely, vlogs featuring nondownloadable videos in the field of e-commerce; production of podcasts; Providing a computer game for use network-wide by network users; Entertainment services, namely, providing an on-line computer game; Providing online non-downloadable electronic publications in the nature of books and magazines in the field of e-commerce; Providing films, not downloadable, via video-on demand transmission services

**International Class(es):** 041 - Primary Class          **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No

**Filed ITU:** Yes                   **Currently ITU:** Yes

**Filed 44D:** No                    **Currently 44E:** No

**Filed 44E:** No                    **Currently 66A:** No

**Filed 66A:** No                    **Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06<br>SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** limited company (ltd.) | **State or Country** VIRGIN ISLANDS, BRITISH<br>**Where Organized:** |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Alex Patel | |
| **Attorney Primary** notice@paiplaw.com<br>**Email Address:** | **Attorney Email** Yes<br>**Authorized:** |

### Correspondent

| | |
|---|---|
| **Correspondent** Alex Patel<br>**Name/Address:** PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 | |
| **Phone:** 818-380-1900 | |
| **Correspondent e-** notice@paiplaw.com<br>**mail:** | **Correspondent e-** Yes<br>**mail Authorized:** |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 24, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 29, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 29, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 09, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 26, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 25, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 25, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 25, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** PARKER, JUSTINE D | **Law Office** LAW OFFICE 101<br>**Assigned:** |

### File Location

| | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Oct. 24, 2023 |

**Generated on:** This page was generated by TSDR on 2023-11-06 10:51:11 EST

**Mark:** TEMU

_temu_

**US Serial Number:** 97736396

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Dec. 29, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Oct. 10, 2023

**Publication Date:** Oct. 10, 2023

# Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The wording temu has no meaning in a foreign language.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Dating services; online social networking services, for the purpose of online shopping; Alternative dispute resolution services; Copyright management; Intellectual property consultancy; Mediation

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06 |
| | SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

| | |
|---|---|
| **State or Country Where Organized:** | VIRGIN ISLANDS, BRITISH |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Alex Patel |
| **Attorney Primary Email Address:** | notice@paiplaw.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Alex Patel |
| | PATEL & ALMEIDA, P. C. |
| | 16830 VENTURA BLVD., SUITE 360 |
| | ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 06, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 06, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Sep. 06, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Sep. 06, 2023 | EXAMINERS AMENDMENT -WRITTEN | 82091 |
| Aug. 03, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 02, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 02, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 11, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 11, 2023 | NON-FINAL ACTION E-MAILED | |
| May 11, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | PARKER, JUSTINE D |
| **Law Office Assigned:** | LAW OFFICE 101 |

### File Location

| | |
|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION |
| **Date in Location:** | Sep. 07, 2023 |

Generated on: This page was generated by TSDR on 2023-11-06 10:51:35 EST

Mark: TEMU



US Serial Number: 97736411

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:

Application Filing Date: Dec. 29, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Aug. 15, 2023

Publication Date: Jun. 20, 2023  Notice of Allowance Date: Aug. 15, 2023

# Mark Information

| | |
|---|---|
| Mark Literal Elements: | TEMU |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U". |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Translation: | The wording "TEMU" has no meaning in a foreign language. |
| Design Search Code(s): | 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball |
| | 09.07.06 - Other women's shoes |
| | 19.01.06 - Handbags; Pocketbooks; Purses |
| | 21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys |

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | electronic funds transfer; online banking; Bill payment services provided via an electronic wallet; Financing of loans; mobile banking services |
| International Class(es): | 036 - Primary Class |
| Class Status: | ACTIVE |
| Basis: | 1(b) |

U.S Class(es): 100, 101, 102

# Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** | No | | **Currently Use:** | No |
| **Filed ITU:** | Yes | | **Currently ITU:** | Yes |
| **Filed 44D:** | No | | **Currently 44E:** | No |
| **Filed 44E:** | No | | **Currently 66A:** | No |
| **Filed 66A:** | No | | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06 SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Alex Patel |
| **Attorney Primary Email Address:** | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ALEX PATEL PATEL & ALMEIDA, P. C. 16830 VENTURA BLVD., SUITE 360 ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail.** | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 20, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 20, 2023 | PUBLISHED FOR OPPOSITION | |
| May 31, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 11, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT -WRITTEN | 82091 |
| May 09, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 25, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | PARKER, JUSTINE D |

**Law Office Assigned:** LAW OFFICE 101

### File Location

| | |
|---|---|
| **Current Location:** | INTENT TO USE SECTION |

**Date in Location:** Aug. 15, 2023

Generated on: This page was generated by TSDR on 2023-11-06 10:52:00 EST

Mark: TEMU



US Serial Number: 97736419

Register: Principal

Mark Type: Service Mark

TM5 Common Status
Descriptor:



Application Filing Dec. 29, 2022
Date:

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Aug. 15, 2023

Publication Date: Jun. 20, 2023  Notice of Allowance Date: Aug. 15, 2023

# Mark Information

Mark Literal Elements: TEMU

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U".

Color(s) Claimed: Color is not claimed as a feature of the mark.

Translation: The wording "TEMU" has no meaning in a foreign language.

Design Search Code(s): 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball
09.07.06 - Other women's shoes
19.01.06 - Handbags; Pocketbooks; Purses
21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Packaging and parcelling of goods for transport purposes, namely, the packing of goods using sustainable or biodegradable packaging and shipping materials; locating and tracking of cargo for transportation purposes; freight forwarding; storage of goods; parcel delivery

International Class(es): 039 - Primary Class

Class Status: ACTIVE

Basis: 1(b)

U.S Class(es): 100, 105

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Five Bells Limited

**Owner Address:** 6 RAFFLES QUAY #14-06
SINGAPORE SINGAPORE 048580

**Legal Entity Type:** limited company (ltd.)     **State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Alex Patel

**Attorney Primary Email Address:** notice@paiplaw.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALEX PATEL
PATEL & ALMEIDA, P. C.
16830 VENTURA BLVD., SUITE 360
ENCINO, CALIFORNIA UNITED STATES 91436

**Phone:** 818-380-1900

**Correspondent e-mail:** notice@paiplaw.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 20, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 20, 2023 | PUBLISHED FOR OPPOSITION | |
| May 31, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 11, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| May 11, 2023 | EXAMINERS AMENDMENT -WRITTEN | 82091 |
| May 09, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| May 09, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 25, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** PARKER, JUSTINE D     **Law Office Assigned:** LAW OFFICE 101

### File Location

**Current Location:** INTENT TO USE SECTION     **Date in Location:** Aug. 15, 2023

**Generated on:** This page was generated by TSDR on 2023-11-06 10:52:26 EST

**Mark:** TEMU



**US Serial Number:** 97736428

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Dec. 29, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Oct. 31, 2023

**Publication Date:** Sep. 05, 2023 **Notice of Allowance Date:** Oct. 31, 2023

# Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Translation:** The wording temu has no meaning in a foreign language.

**Design Search Code(s):** 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball
09.07.06 - Other women's shoes
19.01.06 - Handbags; Pocketbooks; Purses
21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing on-line videos featuring music, not downloadable; on-line video journals, namely, vlogs featuring nondownloadable videos in the field of e-commerce; production of podcasts; Providing a computer game for use network-wide by network users; Entertainment services, namely, providing an on-line computer game; Providing online non-downloadable electronic publications in the nature of books and magazines in the field of e-commerce; Providing films, not downloadable, via video-on demand transmission services

**International Class(es):** 041 - Primary Class        **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06<br>SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) | **State or Country Where Organized:** VIRGIN ISLANDS, BRITISH |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Alex Patel | | |
| **Attorney Primary Email Address:** | notice@paiplaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Alex Patel<br>PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 31, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 05, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 05, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 16, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 02, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 25, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 25, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 25, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION E-MAILED | |
| May 09, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 25, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | PARKER, JUSTINE D | **Law Office Assigned:** | LAW OFFICE 101 |

### File Location

Current Location: INTENT TO USE SECTION                    Date in Location: Oct 31 2023

Generated on: This page was generated by TSDR on 2023-11-06 10:52:50 EST

Mark: TEMU



**US Serial Number:** 97736435

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Dec. 29, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Oct. 10, 2023

**Publication Date:** Oct. 10, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a square with rounded corners containing the stylized word "TEMU" with a stylized dress on top of the letter "T", a rocking horse above the letter "E", a shoe above the letter "M", and a bag above the letter "U".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Translation:** The wording temu has no meaning in a foreign language.

**Design Search Code(s):** 09.03.04 - Skirts; Suits, Women's; Dresses; Gowns, ladies' ball
09.07.06 - Other women's shoes
19.01.06 - Handbags; Pocketbooks; Purses
21.01.25 - Rocking horse; Pinball machines; Paper airplanes; Noisemakers; Jacks (game); Jack-in-the-box; Disc, toy flying; Darts; Banks, toy; Arcade games; Roulette wheels; Sand boxes (toys); Airplanes, paper; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos); Toy Hoops; Sand toys

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Dating services; online social networking services, for the purpose of online shopping; Alternative dispute resolution services; Copyright management; Intellectual property consultancy; Mediation

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Five Bells Limited |
| **Owner Address:** | 6 RAFFLES QUAY #14-06<br>SINGAPORE SINGAPORE 048580 |
| **Legal Entity Type:** | limited company (ltd.) |

**State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Alex Patel |
| **Attorney Primary Email Address:** | notice@paiplaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Alex Patel<br>PATEL & ALMEIDA, P. C.<br>16830 VENTURA BLVD., SUITE 360<br>ENCINO, CALIFORNIA UNITED STATES 91436 |
| **Phone:** | 818-380-1900 |
| **Correspondent e-mail:** | notice@paiplaw.com |

**Correspondent e-mail Authorized:** Yes

~~Domestic Representative - Not Found~~

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 06, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 06, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Sep. 06, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Sep. 06, 2023 | EXAMINERS AMENDMENT -WRITTEN | 82091 |
| Aug. 03, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 02, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 02, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 11, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 11, 2023 | NON-FINAL ACTION E-MAILED | |
| May 11, 2023 | NON-FINAL ACTION WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| Jan. 25, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | PARKER, JUSTINE D |

**Law Office Assigned:** LAW OFFICE 101

**File Location**

Current Location:  PUBLICATION AND ISSUE SECTION          Date in Location:  Sep 07, 2023

Generated on: This page was generated by TSDR on 2023-11-06 10:53:14 EST

Mark: TEMU

temu

| | | | |
|---|---|---|---|
| **US Serial Number:** 97889848 | | **Application Filing Date:** Apr. 14, 2023 | |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** May 05, 2023

## Mark Information

**Mark Literal Elements:** TEMU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** On-line retail store services featuring clothing, footwear, headwear, bags, eyeglasses, home and kitchen furnishings, skin care products, cosmetics, beddings, jewelry and accessories, toys, games, ornaments, electronics and accessories, sports equipment, auto parts and car accessories, and office supplies; Provision of an online marketplace for buyers and sellers of goods and services

**International Class(es):** 035 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 01, 2022    **Use in Commerce:** Sep. 01, 2022

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | |
| **Filed ITU:** No | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Five Bells Limited

**Owner Address:** 6 RAFFLES QUAY #14-06
SINGAPORE VIRGIN ISLANDS, BRITISH 048580

**Legal Entity Type:** limited company (ltd.)    **State or Country Where Organized:** VIRGIN ISLANDS, BRITISH

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Paulo A. de Almeida

**Attorney Primary Email Address:** notice@paiplaw.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** PAULO A. DE ALMEIDA
PATEL & ALMEIDA PC
22543 VENTURA BLVD, STE 220 #1200
WOODLAND HILLS, CALIFORNIA UNITED STATES 91364

**Phone:** 818-380-1900

**Correspondent e-mail:** notice@paiplaw.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 05, 2023 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| May 05, 2023 | LETTER OF SUSPENSION E-MAILED | |
| May 05, 2023 | SUSPENSION LETTER WRITTEN | 82091 |
| May 03, 2023 | ASSIGNED TO EXAMINER | 82091 |
| May 03, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 02, 2023 | PETITION TO DIRECTOR - MAKE SPECIAL - GRANTED | 88577 |
| Apr. 28, 2023 | ASSIGNED TO PETITION STAFF | 88577 |
| Apr. 21, 2023 | TEAS PETITION TO DIRECTOR-MAKE SPECIAL-RECEIVED | 1111 |
| Apr. 20, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 20, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 20, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 18, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** PARKER, JUSTINE D    **Law Office Assigned:** LAW OFFICE 101

### File Location

**Current Location:** TMEG LAW OFFICE 101 - EXAMINING ATTORNEY ASSIGNED    **Date in Location:** May 05, 2023

# EXHIBIT 7



   

**Agent Hunt - Hi...**
Author: Homa
Score: 4.0 Price: t...

**Stumble Guys**
Author: Scopely
Score: 4.3 Price: b...

**Supreme Duelist...**
Author: eme Duel...
Score: 4.6 Price: e...

  

**Ragdoll Break**
Author: KAYAC Inc.
Score: 4.2 Price: o...

**Among Us**
Author: Innerslot...
Score: 3.8 Price: g...

**Real Car Driving...**
Author: Botanica ...
Score: 4.5 Price: ...

  

**Race Master 3D ...**
Author: SayGame...
Score: 4.4 Price: ...

**Car Race 3D: Car...**
Author: Zego Stu...
Score: 4.3 Price: R...

**Real Car Driving...**
Author: NitroTech...
Score: 2.2 Price: C...

 

**Traffic Bike Driv...**
Author: Botanica ...
Score: 4.6 Price: fi...

**Watermelon Me...**
Author: AppVillag...
Score: 4.6 Price: r...

**My Perfect Hotel**
Author: SayGame...
Score: 4.4 Price: e...



**Geometry Dash ...**
Author: RobTop G...
Score: 4.4 Price: e...

**Paper.io 2**
Author: VOODOO
Score: 3.3 Price: r...

**Subway Surfers**
Author: SYBO Ga...
Score: 4.6 Price: e...

## New Apps to download

  

**Temu: Shop Like...**
Author: Temu
Score: 4.7 Price: ...

**TikTok**
Author: TikTok Pt...
Score: 4.3 Price: ok

**WhatsApp Mess...**
Author: WhatsAp...
Score: 4.3 Price: s...

  

**SHEIN-Shoppin...**
Author: Roadget ...
Score: 4.5 Price: N...

**Instagram**
Author: Instagram
Score: 4.0 Price: w...

**Telegram**
Author: Telegram ...
Score: 4.3 Price: g...



**Cash App**
Author: Block, Inc.
Score: 4.6 Price: A...

**Snapchat**
Author: Snap Inc
Score: 4.1 Price: c...

**Walmart: Shopp...**
Author: Walmart
Score: 4.7 Price: a...

  

**Messenger**
Author: Meta Plat...
Score: 4.1 Price: e...

**Photo Lab Pictu...**
Author: Linerock I...
Score: 4.6 Price: c...

**CapCut - Video ...**
Author: Bytedanc...
Score: 4.5 Price: u...

  

**Facebook**
Author: Meta Plat...
Score: 3.4 Price: b...

**Max: Stream HB...**
Author: WarnerM...
Score: 4.7 Price: S...

**ChatGPT**
Author: OpenAI
Score: 4.6 Price: G...

### APK Downloads

Popular categories

 Adventure     Tools

 Entertainment     Action

 Communication     Social

 Music & Audio     Role Playing

 Photography     Video Players & Edi...

 Arcade     Casual

 Personalization     Strategy

 Productivity     Sports

 Simulation     Education

 Racing     Lifestyle

 Books & Reference     Music

 Puzzle     Shopping

 Card     Business

Casino    Health & Fitness

Sports    Travel & Local

## How to Open an APK File on Android

To open an APK file on an Android device, you can follow these steps:

● Go to your device's Settings app and select "Security" (or "Privacy" on some devices).

● Scroll down and enable the "Unknown sources" option. This allows you to install apps from sources other than the Google Play Store.

● Download the APK file you want to open.

● Once the APK file is downloaded, open the "Downloads" app or a file manager app on your device.

● Find the APK file in the list of downloaded files and tap on it to begin the installation process.

● Follow the prompts to install the app. You may need to grant permission to the app

to access certain features or data on your device.

● Once the app is installed  you can open it like any other app on your device.

## How to Extract APK Files

If you want to open an APK file on your desktop operating system, you can use a file extractors tool like 7-Zip or PeaZip to extract its contents. Since APK files contain multiple folders and files, extracting them will reveal the various components that make up the app. However, keep in mind that this method only allows you to view the files and does not let you use the app on your computer.

To actually use an APK file on your computer, you need an emulator program. An emulator runs the Android operating system on your computer and allows you to download and run Android apps. A popular emulator is APKOnline, which is available for Windows and Mac.

It's worth noting that not all Android apps are compatible with desktop operating systems, and some may not function correctly on an emulator due to differences in hardware and software. However, using an emulator like APKOnline is a great option if you want to run Android apps on your computer.

## How to Convert an APK File

Converting an APK file is the process of changing the file format so that it can be used on a different platform or device. There are various reasons why someone may need to convert an APK file, such as to make it compatible with a different operating system or to modify the app for a specific purpose. Here are some methods for converting an APK file:

**Using Online Converters:** There are various online converters available that can convert APK files to different formats. Simply upload the APK file to the converter, choose the desired output format  and then download the converted file  However  it is important to be cautious when using online converters  as they may not be secure and could potentially infect your device with malware

**Using a Converter Program:** Another option is to use a converter program that can be downloaded and installed on your computer. Examples of converter programs include APK to APPX Converter and BlueStacks. These programs allow you to convert APK files to different formats, such as APPX or EXE so that they can be used on different platforms.

**Using an Android Studio:** Android Studio is a software development program used to create Android apps, but it can also be used to convert APK files. To use Android Studio, you will need to download and install the program on your computer. Once installed  open Android Studio  select "Import Project   choose the APK file you want to convert, and then select the desired output format.

It is important to note that converting an APK file may not always be possible, as some apps may have specific requirements that cannot be met on a different platform or device. Additionally, modifying an app without the developer's permission may violate copyright laws, so it is important to use caution when converting APK files. Always make sure to use reputable sources and tools when converting APK files to ensure the security of your device.

**ABOUT APKONLINE❋**

ApkOnline is an online android app emulator and an APK downloader to search for and download any Android app. It also looks for iPhone apps with links to download iPhone apps. As a mobile emulator, ApkOnline allows users and developers to use their

**SITE LINKS**

The Team

About Us

Contact Us

Cloud Apps Policy

**OUR SITES**

OffiDocs

ApkOnline

OnWorks

UptoPlay

**OUR APPS & EXTENSIONS**

Extension -> Android emulator

Extension -> APK Downloader

Android applications from anywhere in the world. It
contains many iOS and Android apps available for
download with its App id as a reference. APKOnline
also has a hosting space where developers can
upload any apk file, save their apps and run them
online.

Follow us:

Mobile Apps Policy

Terms of Service

Cookies Policy

Blog

Offline

Megadisk

RedcoolMedia

DMCA

Extension -> APK Developer

Android app -> APK
Downloader

Android app -> APK Extractor

IOS app -> APK Downloader

Copyright ©2023 OffiDocs Group OU. All Rights Reserved.ApkOnline® is a registered trademark.

Managed by OffiDocs Group OU | VPS hosting by OnWorks | OffiDocs IT Security

# EXHIBIT 8

https://temu.apk.cafe/

November 30, 2023 at 4:00 PM EST

apk.cafe
Best apps for your Android

Apks    Apps    Shopping



Longitude Swimwear

SHOP NEW ARRIVALS

Free Shipping & Returns
Longitude

Open

## TEMU: SHOP LIKE A BILLIONAIRE 2.25.0



★ 9.2/10


Download
free 117.2 MB
for ARM8 ARM7 devices
Android 5.0+

How to install APK / APKS / OBB file on Android



QR code    Share

Join us in social networks:

Hi, There you can download APK file "Temu" for Android free, apk file version is 2.25.0 to download to your android device just click this button. It's easy and warranty. We provide only original apk files. If any of materials on this site violates your rights, report us

**Description of Temu: Shop Like a Billionaire**

Screenshots of Temu: Shop Like a Billionaire



Description of Temu: Shop Like a Billionaire (from google play)



Shop on Temu for exclusive offers. Free delivery everywhere!

No matter what you're looking for, Temu has you covered, including fashion, home decor, handmade crafts, beauty & cosmetics, clothing, shoes, and more.

⌄

Please rate this app



### More info

| License | File name | File Version | Package name | Size | Uploaded | Android | |
|---|---|---|---|---|---|---|---|
| Free | Temu | 2.25.0 | com.einnovation.temu | 117.2 MB | 2023/30/11 | 5.0 or later |  Google Play |
| Category | Developer | Developer site | Developer email | md5 hash | | Architecture | Permissions |
| Shopping | Temu | https://www.temu.com/ | androidhelp@temu.com | 01ab87c3sef968d4d50625fa2a860baa | | ARM8 ARM7 | show (9) |

### Other Temu APK versions for Android

 **Temu 2.25.0**
uploaded: 2023/30/11 size: 117.2 MB
Android 5.0+, ARM8 ARM7

 **Temu 2.24.0**
uploaded: 2023/28/11 size: 117.15 MB

⌄

### Similar apps



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buy Gift Vouchers, Recharge using All Wallets | AT6-Wonderland | Wildberries | Lazada | Menards® | Amazon Shopping - Search, Find, Ship, and Save | Faberlic | Allegro |
| version: 11.7 | version: 2.0.0 | version: 6.4.0002 | version: 7.38.3 | version: 10.8.1.42 | version: 22.14.0.100 | version: 3.8.1.655 | version: |
| updated: 2021 Feb 07 | updated: 2018 Apr 07 | updated: 2023 Nov 29 | updated: 2023 Nov 29 | updated: 2023 Nov 17 | updated: 2021 Oct 24 | updated: 2023 Oct 10 | updated: |
| rating: ★7.4/10 | rating: ★9.4/10 | rating: ★8.6/10 | rating: ★9.5/10 | rating: ★9.5/10 | rating: ★9/10 | rating: ★9.5/10 | rating: ★ |

### Best android apps by

Tag  Category

gamepad | iphone | xnxx | tracker | zombies | 2022 | 2023 | 2016 | augmented | bitcoin | dslr | task manager | fighting | tower defense
vocabulary | wallpaper | parents | chicken | clock | dialer apps | ebook | casino | sega | crazy | doctor | dragon | taxi | island | pirate

show all

### Popular android apps









**Instagram**
version: 309.1.0.41.113
updated: 2023 Nov 29
rating: ★8.3/10

**Messenger**
version: 435.0.0.32.108
updated: 2023 Nov 17
rating: ★8/10

**Files by Google**
version: 1.1421.5755908...
updated: 2023 Nov 02
rating: ★9.3/10

**WhatsApp Business**
version: 2.23.23.78
updated: 2023 Nov 08
rating: ★8.3/10

**Google Play services**
version: 23.44.14 (0404...
updated: 2023 Nov 10
rating: ★8.4/10

**Facebook Lite**
version: 382.0.0.11.115
updated: 2023 Nov 20
rating: ★7.6/10

**Meta Business Suite**
version: 431.0.0.28.118
updated: 2023 Nov 19
rating: ★9.2/10

**Google**
version: 11.1...
updated: 20...
rating: ★7.8...

Submit APK  Contact Us  Privacy Policy  DMCA  Disclaimer





PURDUE GLOBAL    COME BACK AND EARN A DEGREE YOU CAN BE PROUD OF.    Learn More

https://temu.apkcafe.es/     November 30, 2023 at 4:01 PM EST

☰     🍎 **apk.cafe**
Las mejores aplicaciones para Android     🔍

APK    Aplicaciones    Compras


Eversource puede ayudarle.
Saber más

# TEMU: SHOP LIKE A BILLIONAIRE 2.25.0

(Temu: compre como un multimillonario)



★ **9.2**/10


**Descargar** ⬇
gratis 117.2 MB
para ARM8 ARM7 dispositivos
Android 5.0+

Cómo instalar el archivo APK / APKS / OBB en Android

⬛ QR códi...    ◄ Compar...

**Únete a nuestro canal de Telegram** ◄

Aquí puede descargar el archivo APK "Temu" gratis para Android, versión del archivo .apk - 2.25.0 para descargar en su Android sólo pulse este botón. Es fácil y seguro. Únicamente proporcionamos archivos .apk originales. Si algún material de esta web viola sus derechos, infórmenos, por favor

**Descripción para Temu: Shop Like a Billionaire**

**Capturas de pantalla para Temu: Shop Like a Billionaire**



**Descripción para Temu: Shop Like a Billionaire (de google play)**

Compra en Temu para ofertas exclusivas. Entrega gratis en todas partes!

No importa lo que esté buscando, Temu lo tiene cubierto, incluyendo moda, decoración del hogar, artesanías hechas a mano, belleza y cosméticos, ropa, zapatos y más.



**Por favor califica esta aplicación**



**Información**

| Licencia | Nombre del archivo | Versión de archivo | Nombre del paquete | Tamaño | Cargado | Android | |
|---|---|---|---|---|---|---|---|
| Gratis | Temu | 2.25.0 | com.einnovation.temu | 117.2 MB | 2023/30/11 | 5.0 o más reciente |  Google Play |

| Categoría | Desarrollador | Web del desarrollador | Correo del desarrollador | md5 hash | Arquitectura | Permisos |
|---|---|---|---|---|---|---|
| Compras | Temu | https://www.temu.com/ | androidhelp@temu.com | 01abb87c3aef968d4d50625fa2a860baa | ARM8 ARM7 | mostrar (9) |

**Otras versiones del archivo APK Temu para Android**



**Temu 2.25.0**
cargado: 2023/30/11 tamaño: 117.2 MB
Android 5.0+, ARM8 ARM7



**Temu 2.24.0**
cargado: 2023/28/11 tamaño: 117.15 MB

**Similar aplicaciones**


**Buy Gift Vouchers, Recharge using All Wallets**
versión: 11.7
actualizado: 2021 Feb 07
clasificación: ★7.4/10


**АТБ-Wonderland**
versión: 2.0.0
actualizado: 2018 Apr 07
clasificación: ★9.4/10


**Wildberries**
versión: 6.4.0002
actualizado: 2023 Nov 24
clasificación: ★8.6/10


**Lazada**
versión: 7.38.3
actualizado: 2023 Nov 29
clasificación: ★9.5/10


**Menards®**
versión: 10.8.1.42
actualizado: 2023 Nov 17
clasificación: ★9.5/10


**Amazon Shopping - Search, Find, Ship, and Save**
versión: 22.14.0.100
actualizado: 2021 Jul 17
clasificación: ★9/10


**Faberlic**
versión: 3.8.1.655
actualizado: 2023 Oct 10
clasificación: ★9.6/10


Allegro s
versión:
actualiza
clasifica

**Mejores programas para Android**



Etiqueta    Categoría

gamepad · iphone · xnxx · tracker · zombies · 2022 · 2023 · 2016 · augmented · bitcoin · dslr · task manager · fighting · tower defense · vocabulary · wallpaper · parents · chicken · clock · dialer apps · ebook · casino · sega · crazy · doctor · dragon · taxi · island · pirate · mostrar todo

**Apps más populares para Android aplicaciones**


**Instagram**

versión: 309.1.0.41.113
actualizado: 2023 Nov 29
clasificación: ★8.3/10


**Messenger**

versión: 435.0.0.32.109
actualizado: 2023 Nov 17
clasificación: ★8/10


**Files by Google**

versión: 1.1421.5755908...
actualizado: 2023 Nov 02
clasificación: ★9.3/10


**WhatsApp Business**

versión: 2.23.23.78
actualizado: 2023 Nov 08
clasificación: ★8.3/10


**Google Play services**

versión: 23.44.14 (0404...
actualizado: 2023 Nov 10
clasificación: ★8.4/10


**Facebook Lite**

versión: 382.0.0.11.115
actualizado: 2023 Nov 20
clasificación: ★7.6/10


**Meta Business Suite**

versión: 431.0.0.28.116
actualizado: 2023 Nov 19
clasificación: ★9.2/10


**Googl**

versión: 11.1
actualizado:
clasificació

Enviar APK  Opinión  Política de privacidad  DMCA




Haga su hogar
más atractive.

Saber más

EVERSOURCE

# EXHIBIT 9

https://apk.cafe/                                                                                    November 30, 2023 at 4:01 PM EST



### apk.cafe
Best apps for your Android

Login To Your Accounts

Login Online                                                                              Open

**Popular android apps**

       

| WhatsApp | Ostrich VPN - Unlimited Proxy | Google Camera | Google Play services | VPN Free | فیلتر شکن پرسرعت قوی 2022 | YouTube | iTop |
|---|---|---|---|---|---|---|---|
| version: 2.23.24.82 | version: 1.6.0(162) | version: 4.4.020.163412... | version: 23.44.14 (0404... | version: 1.0.4.2 | version: 13 | version: 17.34.35 | version: 1.20 |
| updated: 2023 Nov 30 | updated: 2023 Nov 11 | updated: 2023 Jun 23 | updated: 2023 Nov 14 | updated: 2017 Jul 06 | updated: 2023 Apr 29 | updated: 2022 Sep 02 | updated: 20 |
| rating: ★8.2/10 | rating: ★9.5/10 | rating: ★6.8/10 | rating: ★8.4/10 | rating: ★8.9/10 | rating: ★8.9/10 | rating: ★7.8/10 | rating: ★9.1 |



**Best android apps by**

Tag    Category

gamepad | iphone | xnxx | tracker | zombies | 2022 | 2023 | 2016 | augmented | bitcoin | dslr | task manager | fighting | tower defense
vocabulary | wallpaper | parents | chicken | clock | dialer apps | ebook | casino | sega | crazy | doctor | dragon | taxi | island | pirate
show all



# START

1) Click on "Start"    |    2) Start the Installation    |    3) Block Ads & Malware

Web Companion

**Popular android games**

       

| Garena Free Fire | Mini Militia | Higgs Domino Island | PUBG MOBILE | eFootball™ 2024 | Standoff 2 | Geometry Dash Lite | Car P... Multi... |
|---|---|---|---|---|---|---|---|
| version: 1.102.1 | version: 5.5.0 | version: 2.03 | version: 2.9.0 | version: 8.1.0 | version: 0.26.1 | version: 2.2.11 | version: 4.2 |
| updated: 2023 Oct 31 | updated: 2023 Oct 03 | updated: 2023 May 17 | updated: 2023 Nov 10 | updated: 2023 Oct 05 | updated: 2023 Nov 26 | updated: 2022 Jun 16 | updated: 20 |
| rating: ★9/10 | rating: ★8.0/10 | rating: ★9.2/10 | rating: ★8.9/10 | rating: ★8.8/10 | rating: ★8.6/10 | rating: ★8.6/10 | rating: ★8.7 |

**Best android games by**

Tag    Category

nes   2022   zombies   2023   tracker   iphone   tetris   endless   addictive   poker   calculator   cyborg   wallpaper   launcher   workout

assassin   sokoban   crazy   farm   vpn   slots   checkers   anime   calendar   doctor   metro   mechanic   pilots   for kids   show all



EVERYONE CAN GO WILD.
PHOTOSHOP
Try now
jaguar
Δdobe

**New and updated android games**

      

| Scrabble® GO - Woordspel | Warhammer 40,000: Tacticus | War and Order | City of Crime: Gang Wars | Design Diary - Match 3 & Home | Garden Affairs: Design & Match | Solitaire House Design & Cards | Decor |
|---|---|---|---|---|---|---|---|
| version: 1.73.0 | version: 1.13.13 | version: 3.0.69 | version: 1.2.54 | version: 1.15.0 | version: 2.4811.11502142 | version: 2.5.3 | version: 1.1 |
| updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 20 |
| rating: ★6.3/10 | rating: ★8.9/10 | rating: ★7.4/10 | rating: ★8.9/10 | rating: ★9.4/10 | rating: ★9.3/10 | rating: ★9/10 | rating: ★9. |



**New and updated android apps**

       

| Blinkist: Book summaries | didUP - Famiglia | du | Temu: Shop Like a Billionaire | Fly call | Inner Circle – Dating App | Sensibull for Options Trading | Speedy Qu VPN M |
|---|---|---|---|---|---|---|---|
| version: 10.1.3 | version: 1.19.0 | version: 6.89 | version: 2.25.0 | version: 1.3.2 | version: 4.62.1 | version: 0.4.726 | version: 2.0 |
| updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 2023 Nov 30 | updated: 20 |
| rating: ★9.2/10 | rating: ★6.7/10 | rating: ★8.8/10 | rating: ★9.2/10 | rating: ★9.1/10 | rating: ★6.1/10 | rating: ★8.9/10 | rating: ★8. |



Submit APK  Contact Us  Privacy Policy  DMCA  Disclaimer




NEW
Shark
DETECT PRO
CORDLESS VACUUM
SHOP AT YOUR LOCAL CLUB RETAILER

Android Shopping - download free Apks files





apk.cafe
Best apps for your Android

Apks    Apps

ⓘ ✕

## Start Your Free Trial

Manage your entire tech stack from one dashboard with one endpoint agent.

Coro                                                       ⌐ ⌐⌐ ┐

## Last updated Shopping



**Veepee – Wowing your days**

version: 5.71.0
updated: 2023 Dec 07
rating: ★5.1/10



**Едадил: скидки в магазинах**

version: 23.48.0
updated: 2023 Dec 07
rating: ★8.5/10



**CJ온스타일**

version: 7.8.0
updated: 2023 Dec 07
rating: ★4.9/10



**KupujemProdajem**

version: 1.10.30 build 836
updated: 2023 Dec 07
rating: ★9.6/10



**Lounge by Zalando**

version: 2.23.0
updated: 2023 Dec 06
rating: ★9.4/10

**Picnic Online Supermarket**

version: 1.15.218
updated: 2023 Dec 06
rating: ★9.1/10



**JOANN - Shopping & Crafts**

version: 7.8.8
updated: 2023 Dec 06
rating: ★6.5/10



**Dollar General**

version: 12.7.6
updated: 2023 Dec 06
rating: ★6.9/10



**번개장터**

version: 10.0.2
updated: 2023 Dec 06
rating: ★6.9/10



**Klik Indomaret**

version: 2311400
updated: 2023 Dec 06
rating: ★9.6/10



**Maxizoo / Fressnapf**

version: 2023.20.0-ce38...
updated: 2023 Dec 06
rating: ★9.2/10



**NS홈쇼핑**

version: 3.9.5
updated: 2023 Dec 06
rating: ★6.7/10





⌄



12/7/23, 3:18 PM    Android Shopping - download free Apks files



**ZALORA-Online Fashion Shopping**

version: 16.9.0
updated: 2023 Dec 06
rating: ★9.1/10



**11st**

version: 9.6.7
updated: 2023 Dec 06
rating: ★9.6/10



**Klarna | Shop now. Pay later.**

version: 23.48.308
updated: 2023 Dec 06
rating: ★7.8/10



**아이디어스(idus) - 작품구매부터 취미생활까지!**

version: 4.36.0
updated: 2023 Dec 05
rating: ★6.7/10



**China Gadgets – Die Gadget App**

version: 5.1.13
updated: 2023 Dec 05
rating: ★8.6/10



**Purplle Online Beauty Shopping**

version: 2.1.50
updated: 2023 Dec 05
rating: ★9/10



**Yahoo!ショッピング-アプリでおトクで便利にお買い物**

version: 11.5.0
updated: 2023 Dec 05
rating: ★4.7/10



**Temu: Shop Like a Billionaire**

version: 2.26.0
updated: 2023 Dec 05
rating: ★9.2/10



**FairPrice Group**

version: 5.75.1
updated: 2023 Dec 05
rating: ★8.9/10



**eMAG.ro**

version: 4.10.0
updated: 2023 Dec 05
rating: ★9.5/10



**Wish: Shop and Save**

version: 23.39.0
updated: 2023 Dec 05
rating: ★9/10



**Akulaku**

version: 4.9.71
updated: 2023 Dec 05
rating: ★8.3/10



page: 15

14 >

Submit APK Contact Us Privacy Policy DMCA Disclaimer



# EXHIBIT 10

https://apkaio.com/app/com.einnovation.temu                    November 30, 2023 at 3:42 PM EST

APKAIO.COM   APPS   GAMES

Facebook or com facebook katana                    [Search]



Home » Shopping » Temu: Shop Like a Billionaire



# Temu: Shop Like a Billionaire 1.65.0 APKs

Version: 1.65.0
File size: 32.95MB
Requires: Android 4.0+
Package Name: com.einnovation.temu
Developer: Temu
Updated: April 24, 2023
Price: Free
Rate 4.66 stars – based on 171525 reviews

[Download APKs (32.95MB)]


Unique Adult T-Shirts

**Similar**

 Kupi Oficial

 Aodebon

 MandM - Big Brands, ..

 Costco Wholesale Fra

 Denmark

 Esebze

 Bebeğinden

 Misoka

 BOUTIQUE №1 Цветы

 zebra

 Geminos Handcrafted...

 Paintastic Store


Unique Tank Top Designs

## The description of Temu: Shop Like a Billionaire

Here, we provide the Temu: Shop Like a Billionaire 1.65.0 APKs file for Android 4.0 and above. The Temu: Shop Like a Billionaire app is listed in the Shopping category on the app store. This is the latest and greatest version of Temu: Shop Like a Billionaire (com.einnovation.temu). It's easy to download and install on your mobile phone. Download the app using your favorite browser and click 'install' to install it. Don't forget to allow installation of apps from unknown sources. We provide direct download links with high download speed. Please note that we only share the original, free, and pure APK installer for Temu: Shop Like a Billionaire 1.65.0 APKs without any modifications.

All apps and games here are for home or personal use only. If any APK download violates your copyright, please contact us. Temu: Shop Like a Billionaire is the property and trademark of the developer Temu. You can visit the Temu website to learn more about the company/developer who developed this game.

All versions of this game APK are available with us: 1.65.0, 1.61.1, 1.58.1. You can also download the Temu: Shop Like a Billionaire APK and run it using popular Android emulators

Team Up, Price Down!
Discover a wide range of global products at amazing prices!
From fashion, to home décor, handmade crafts and more, finding new products that you love is just an easy tap away. No matter the occasion, you can always count on Temu to have just the right things to brighten your life and help you live the way you want to live.

Download the Temu app today to enjoy
SAVINGS
20% off your first purchase
WIDE SELECTION
Discover thousands of new products daily
CONVENIENCE
Free shipping, Free returns.
*conditions apply

Visit temu.com or
Instagram: https://www.instagram.com/shoptemu

**90% off on Temu**
Check out Temu's amazing deals. Discounts up to 90% off
[Shop Now]


TikTok: https://tiktok.com/@shoptemu
Facebook: https://www.facebook.com/shoptemu

**All Version**

Temu: Shop Like a Billiona re 1.65.0 APKs
Temu: Shop Like a Billionaire 1.61.1 APKs
Temu: Shop Like a Billionaire 1 58 1 APKs

**Similar**



| 퐁당닷컴 | Patprimo - Tienda Ro... | 333 East Main Street.. | Notodden Boligbyggel... |

| 9090 | VK Wholesale | Widecoin Live Auctio .. | ببكي هيس |

Copyright © 2023 APKAIO.COM | Term of Use | Privacy Policy | DMCA Disclaimer | Contact Us



# EXHIBIT 11





**DOWNLOAD LINKS**

How to install Temu: Shop Like a Billionaire?

1. Download the ZIP file.

2. Install the Split APKs Installer application

3. Open the application and click on "Install APKs".

4. Find the folder where the downloaded ZIP is located and select it.

5. Follow the steps that appear on the screen.

**RELATED APPS**

| Flipkart Online S... | Flipkart APK v7.6... | Flipkart Mod Apk... | Flipkart Premium... | SHEIN-Shopping ... |
|---|---|---|---|---|
| 7.74 | v7.67 | v7.71 | v7.67 | 9.7.8 |
| Flipkart | Flipkart | Flipkart | Flipkart | Roadget Business PT... |

Role Playing

Shopping

Simulación

Simulation

Simulation

Social

Sports

Strategy

Tools

Uncategorized

Video Players & Editors

Word

© 2023 - All rights reserved - APK Apps Store

APK APPS STORE

# EXHIBIT 12



https://apkceo.com/en/temu-apk                                                          November 30, 2023 at 3:30 PM EST

**APKCEO**                          MOD    Games ⌄    Apps ⌄    English ⌄    [search apps & game]    Search

Home → Temu APK

## Temu APK for Android Free Download

Version:                              Updated On:
**v2.10.0** for Android               **Oct 13, 2023**

Package name:                         Download it on play store
**com.einnovation.temu**

Google Chrome

## Download Google Chrome

Chrome works on any operating system and on any device. Customize any way you want.

Download                                                    ›

Temu APK v1.0.7 (13.3 MB)

## COUPON CODES AVAILABLE

GET CODES

GFC

Temu Apk is a free online shopping application for mobile phones. Users can access a wide variety of items, many of which are offered at great prices from standard retail prices.

Temu App can be compared to similar apps including Flipkart with a simple and intuitive interface. So it's a great way to find gifts for friends and family in just a few clicks. Also, there are many points to be found in the selection of the product itself.

Temu Apk is an informal social network designed to help you plan good times with friends and family in real time and in the real world.

Making plans has never been easier.

- Search the famous places of your city/region on the Internet.
- Invite your friends to any place, date, and time.
- Create group chats for participants only, they will disappear 24 hours after the session ends.
- Find places recommended by your friends.
- Fill your profile with your favorite places and people.

An email will be sent to you to verify your account, so be sure to do so. thank you

**Top Trending Apps**

Kawendra Zpax APK
★★★★★ 4.2
Apkceo

MixGames APK
★★★★★ 4.5
Alexander ABALO

Pumping Simulator 2 APK
★★★★★ 4.3
Lance Games

Andika Mcdevilstar Ps3 APK
★★★★★ 4.2
MKApplications

Europa TV APK
★★★★★ 4.2
Skyred TV

Saki Play APK
★★★★★ 4.5
SAKISOFT

Poco Cash Loan APK
★★★★★ 4.2
Late-Night Studio

Cebus Mod APK
★★★★★ 4.2
Sora_vr

Era Of Lorencia APK
★★★★★ 4.2
Era of Lorencia Dev

Happy Case APK
★★★★★ 4.2
Honeybee_Wang

Download
Temu
APK

# About Temu Apk

Temu Apk is an online marketplace launched in September 2022 as the American subsidiary of Chinese e-commerce company Pinduoduo. Download the APK file and open the doors of a large virtual store that sells everything.

The use of this platform is similar to the Pinduoduo application. AliExpress users can also find it in familiar places.

The interface divides content into four tabs: Home, Categories, My Profile, and Cart. The main menu features special offers and recommended products and includes tabs for best-selling products, gift guides, new products, and themed products.

It is best to use a search engine to find products, the size of this market makes it difficult to search by category. However, there are parts and components of the app.

Check out thousands of products and new stores every day!

And what kind of items can you find in this online store? Well, a lot. Appliances, health, beauty, clothing, shoes, household appliances, musical instruments, auto accessories, pets, school supplies, sporting goods, tools, technology, tools, and more. .. and others.



# Features of Temu Apk:

**Save time and money**

Instead of visiting physical stores, why not check out the product options offered by Temu? According to the developers, some offers can benefit from discounts of up to 90%. Of course, this is an advantage for those who want to keep their money.

**Marking and reading function**

Temu's product selection is easy to access. Users choose from many categories such as clothing, beauty, outerwear, and home decor. You will be redirected to a special page that will show the latest offers and product descriptions.

**Fees for new members**

As an incentive, those who register with Temu for the first time will receive attractive discounts. This includes free shipping on first orders and 90-day free returns.

**Marketing is becoming more and more popular**

Like Wish - Shopping Made Fun, Temu updates its product database. Whether it's shopping for an upcoming birthday or a personal gift, users can benefit from a variety of short-term money-saving solutions.



## How to Download and Use Temu Apk?

**You can install APKs on all current versions of Android by following these steps:**

- You need to download and install the APK.
- Navigate to Settings-> Security-> Unknown Sources
- Navigate to your phone's security settings by going to the settings menu. Turn on the Install from Unknown Sources option.
- Navigate to your download folder using a file browser. Tap the APK file to start the installation.

You may be unable to install some Apps due to compatibility issues, or the App may nag you for the latest version of the Play Store before allowing you to use it. Only devices running Android versions older than Android Oreo can be used with this method.

## What are the Pros and Cons of Installing the Temu Apk on your Android phone?

**Pros:**

- Downloading APK files is often the best way to get the latest updates to applications before they go live on the Google Play Store. The best way to stay up to date with your favorite apps is to download APK files.
- APK files of older versions of an app or game can also be used if you enjoy the experience of that version and feel that an update has broken or ruined it.
- It is possible for people with harmful intentions to take advantage of APK files because they are versions of the app that have not yet been approved or shared by Google. It's just a matter of being careful and downloading only legal APKs."

**Cons:**

- It is possible for your device to be damaged by malicious or fraudulent apps. It is possible to waste time and money on apps that are not even installed on your device if you don't take precautions. As a result, your phone will be slowed down by downloading a lot of unneeded and unnecessary files.
- Apk files can be downloaded from several online sources. Nevertheless, not all of these are trustworthy, so you have to be careful when selecting. Malicious software may be contained in some APK files. Personal information can be stolen easily by hackers who can compromise your phone's security.
- The Apk files can be accessed by hackers, who can modify them and add permission to the app

to easily steal your data. Make sure you check the permissions of the Apk file before installing it.
Unless it seems trustworthy, do not install it.



## Frequently Asked Questions:

**Q. Is Temu Apk Download compatible with routed devices?**

A: No, native devices are not supported at the moment. Though we can get effective anti-cheat solutions, we take into account the possibility of supporting future equipment.

**Q: Is it safe to use Apk on my Android device?**

A: This is safe because ApkCeo's owner has researched this Apk. This is entirely virus-free. The Apk Ceo Secure Server hosts it. You can download it from there.

**Q: Where can I download the Temu App for Android?**

A: It's too simple. You do not need to look anywhere else to get hold of this software because I have shared it in this article for free. You can download this amazing App from apkceo.com and share your experience with your friends and family.

**Q: Is an internet connection necessary for Temu Apk to work?**

A: Generally, you don't need a fixed internet connection.

## Watch Video



## Conclusion

We believe you have now good knowledge about Under Temu Apk. The mentioned details are enough to describe this App for your use. If you really like the provided information about the App, please review and share it with all your friends who love this type of App.

## About Author

Priya Rai is a professional who specializes in creating written content for various purposes such as websites, blogs, articles, marketing materials, social media, etc. Her main goal is to create beautiful, informative, and persuasive stories to attract the attention of the audience and achieve their purpose.

She is an effective content writer who understands the needs and wants of their target audience and creates content that resonates with them. Priya is also open to feedback and strives to improve her work. Her curiosity and hunger for knowledge allow her to learn about new trends and new practices, bringing new ideas and fresh ideas to her work.

She is a good example of a content writer who consistently delivers quality content that keeps her readers and subscribers engaged. Her passion for words, her dedication to her craft, and her commitment to excellence have made her the perfect fit to create content in the ever-changing world of writing.



Download Temu APK is located in the Social category and was developed by PT. Temu Tech's. The average rating on our website is 4.2 out of 5 stars. However, this app is rated 4 out of 5 stars according to different rating platforms. You can also respond Temu APK on our website so that our users can get a better idea of the application. If you want to know more about Temu APK, you can visit the official developer website for more information. The average rating is rated by 17191 users. The app was rated 1-star by 24 users and 5-star by 16225 users. The app has been downloaded at least times, but the number of downloads can reach . Download Temu APK If you need a free app for your Action device, but you need 5.0+ version or higher to install this app.

## What's New

- No Bug
- No Error
- Auto Update

The Temu APK information you were seeking has hopefully been found. Moreover, we recommend that you take a look at popular web apps. Using these apps will be a pleasant experience. Kawendra Zpax APK , MixGames APK , Pumping Simulator 2 APK , Andika Mcdevilstar Ps3 APK , Europa TV APK , Saki Play APK , Poco Cash Loan APK , Cebus Mod APK , Era Of Lorencia APK , Happy Case APK , .

The application was released on Oct 13, 2023, and has been available on ApkCeo ever since. The current version is v2.10.0 and since then it has been downloaded more than 3477 times from our platform. The app is available in English and 15 others languges with full version that you will download. Download the APK and open it with your favorite file manager. Tap the file name to install. If the installation does not start, you need to enable unknown sources in your Android settings. The app was updated on Oct 13, 2023. If you would like to write a review, install this app and rate it on our website. The download is as direct as our speed and we provide direct links to all available versions of Temu APK for free. Please note that we provide both basic and pure APK files and faster download speeds for Temu APK. You can also download Temu APK APK and run it with the popular Android Emulators.

**Updated to version v2.10.0!**

We do not intend to infringe any intellectual property, artist rights or copyrights. If you believe you have material posted here, please contact us and we will remove the material promptly. Or let us know if you want credit for it. Applications, games and all other information presented on this website are intended to familiarize users with content that may be of interest to them.

EXHIBIT 13

 APKCOK     Apps     Games     Topics                     Search

Home > Apps > **Temu: Shop Like a Billionaire**



### Temu: Shop Like a Billionaire ✓

⭐ Rating        50M+ Downloads        Teen Age

 **Start**

1. Click on "Start"
2. Activate your account
3. Access your content


now hiring chefs and culinarians
apply today
Wegmans

### Top Downloads

 Max: Stream HBO, TV, & ...
Entertainment
⭐ 4

 TikTok
Social
⭐

 SHEIN-Shopping Online
Shopping
⭐ 4.5

 WhatsApp Messenger
Communication
⭐ 4

 Instagram
Social
⭐ 4

 Peacock TV: Stream TV &...
Entertainment
⭐ 4

 Walmart: Shopping & Sav...
Shopping
⭐ 4

 Traffic Escape!
Puzzle
⭐ 4

 CapCut - Video Editor
Video Players & Editors
⭐ 4.5

 Cash App
Finance
⭐ 4

## Additional Info

| | | |
|---|---|---|
| **App Name** Temu: Shop Like a Billionaire | **Category** Shopping | **Package Name** com.einnovation.temu |
| **Developer** Temu | **Rating** 4.6 | **Version** 2.23.0 |

## ✨A Look Inside Temu Online Shop: What to Expect✨

In today's digital age online shopping has become the go-to method for many consumers. It offers convenience, a wide variety of products, and door-step delivery. With numerous online retailers available one that stands out is Temu. If you haven't heard of it before let's take a closer look at what to expect from this popular online store.


Sweetwater    Best Online Instrument Store

### Variety of Products

Temu Online Shop prides itself on offering a diverse range of products to cater to various customer needs. From electronics and home appliances to fashion and beauty, they have it all. With over hundreds of categories to choose from, finding what you need is a breeze. Whether you're looking for the latest smartphone a stylish outfit, or even household essentials, you're bound to find it on Temu app.

### User-Friendly Interface

One of the highlights of Temu is its user-friendly interface. The website has been carefully designed to ensure easy navigation for users of all levels of technological expertise. The homepage provides clear and straightforward options to browse through categories or search for specific products. On each product page, you'll find detailed descriptions, customer reviews, and high-

quality images to help you make an informed decision.

### Secure and Reliable Shopping Experience

When it comes to online shopping, security is of utmost importance. Temu understands this concern and takes the necessary steps to ensure a safe and reliable shopping experience for its customers. The website uses secure encryption technology to safeguard personal and payment information. Additionally, they have a dedicated customer support team available to assist with any queries or issues that may arise during the shopping process.

### Competitive Pricing and Regular Discounts

One of the most enticing aspects of Temu is its competitive pricing. They strive to offer products at affordable prices without compromising on quality. Moreover, the platform regularly offers discounts, promotions, and flash sales to provide customers with even better deals. If you're looking to save some extra money while shopping, keep an eye out for these exciting offers.

### Fast and Reliable Delivery

One common concern when shopping online is the delivery process. Fortunately, Temu ensures fast and reliable delivery. Depending on your location, you can expect your orders to arrive within a reasonable time frame. The platform partners with trusted logistics services to ensure that products are delivered safely and efficiently to your doorstep.

### Easy Returns and Refunds

In the event that you receive a faulty or unsatisfactory product, Temu offers easy returns and refunds. They have a hassle-free return policy in place, allowing customers to initiate returns within a specific timeframe. The process is simple, and their customer support team is ready to guide you through it.

In conclusion, Temu is a reliable and customer-friendly online retailer that offers a wide variety of products at competitive prices. With a user-friendly interface, secure shopping experience, fast delivery, and easy returns, it ticks all the boxes for a satisfying online shopping experience. So, why not give Temu Online Shop a try and see for yourself? Happy shopping!

##  Useful information

### Features of Temu

- Temu app offers a wide selection of products that are always just a tap away. You can shop for products ranging from fashion, home decor, handmade crafts, beauty and cosmetics, clothing, and shoes from your favorite brands at prices up to 90% off.

- With the Temu app, you can enjoy fast and secure checkout. You can also enjoy free shipping and returns within 90 days.

- Other salient features of Temu app include a user-friendly interface, discounts on popular brands, and access to customer reviews.

### FAQ

Q1. Is the Temu app secure for online shopping?

A1. Yes, the Temu app provides a safe and secure online shopping experience, and customer transactions are encrypted to protect sensitive information.

Q2. How often do you add new products to the Temu app?

A2. Temu adds new products and shops daily so that you can always find something new and exciting.

Q3. What is the delivery period for orders made on the Temu app?

A3. Temu provides free shipping and returns within 90 days. Orders are usually delivered within 7 to 14 working days depending on the location of the customer.

### Editor's Note

The Temu app is an excellent choice for anyone who is always in search of the best discounts on quality products. With its wide selection of products and user-friendly interface, the Temu app is a must-have for anyone who loves to shop online. Furthermore, the app offers free shipping and returns within 90 days, making it easier to indulge in your favorite products without any worries. Overall, the Temu app is an exceptional online shopping platform that provides you with everything you need to live the life you desire.

### Equipment and Network Requirements

1. Smartphone or Tablet: You will need a smartphone or tablet running on Android 8.0 or newer, or iOS 12.0 or newer

2. Internet Connection: You will need a stable internet connection to use the Temu app. A high-speed internet connection is recommended to ensure smooth video and audio streaming.

3. Storage Space: Make sure your device has enough storage space available to install and run the Temu app.

4. Internet Browser: Some features of the Temu app may require you to use a web browser. Make sure your device has a compatible web browser installed, such as Google Chrome or Safari.

It is important to note that these requirements may vary depending on the specific version of the Temu app you are using. Always refer to the official documentation and guidelines provided by Temu for the most accurate and up-to-date information.

**Sites:**

Temu US: https://www.temu.com

Temu UK: https://www.temu.com/uk

Temu Canada: https://www.temu.com/ca

Temu Australia: https://www.temu.com/au

⬇ **Install Latest APK ( 26.6MB )**          🕐 **Check Historical Versions**



## Similar apps

More >



| SHEIN-Shoppin... | Walmart: Shop... | The most rewar... | Amazon Shopp... | Target | Etsy: Home, Sty... | Nike |
|---|---|---|---|---|---|---|
| Shopping | Shopping | Shopping | Shopping | Shopping | Shopping | Shop |
| ⭐ 4.5 | ⭐ 4.7 | ⭐ 4.7 | ⭐ 4.2 | ⭐ 3.9 | ⭐ 4.8 | |

 **APKCOK**   ▶ 🐦 f

Provide the most comprehensive, secure and fast online services

About Us    Contact Us    Guidance    Disclaimer    DMCA    Privacy Policy    Terms of Service



EXHIBIT 14



## Popular Games

More ∕

 **1** Traffic Escape!
Puzzle
⭐ 4.6

 **4** Wordscapes
Word
⭐ 4.5

 **7** War Robots Multiplayer Battles
Action
⭐ 4.3

 **2** Roblox
Adventure
⭐ 4.4

 **5** Stumble Guys
Action
⭐ 4.3

 **8** Royal Match
Puzzle
⭐ 4.6

 **3** Block Blast!
Puzzle
⭐ 4.4

 **6** 8 Ball Pool
Sports
⭐ 4.5

 **9** Geometry Dash Lite
Arcade
⭐ 4.4

## Top-rated Apps

More >

 Add Music To V...
Video Players & E...
⭐ 5.0

 Festival of Har...
Events
⭐ 5.0

 Scary Neighbor...
Libraries & Demo
⭐ 5.0

 DaFlasher
Libraries & Demo
⭐ 5.0

 نوحه و مداحی ر...
Events
⭐ 5.0

 Biblia de estud...
Libraries & Demo
⭐ 5.0

 Wallpaper 4K HD
Personalization
⭐ 5.0

 Lense: Dis...
Events
⭐ 5.0

## Top-rated Games

More >









Cat Tennis
Arcade
⭐ 5.0

Solitaire Classic
Card
⭐ 4.9

Jigsort Puzzles: Art Jigsaw HD
Puzzle
⭐ 4.9

## Must-have Apps

More >

 Proliant Mobile
Business
⭐ 3.4

 Disco Lights
Libraries & Demo
⭐ 3.7

 7plus
Entertainment
⭐ 3.5

 Xray Scanner Body Quiz
Tools
⭐ 1.2

 Menchie's Frozen Yogurt
Food & Drink
⭐ 3.3

 WestingHouse Smart T...
House & Home
⭐ 4.1

 Auto Clicker - Automati...
Tools
⭐ 4.4

 Family Fare
Food & Drink
⭐ 4.4

 CarKey: Car Play & Digit...
Auto & Vehicles
⭐ 3.8

 Move to iOS
Tools
⭐ 3.4

 Coloring Book App
Art & Design
⭐ 4.4

 Paradot: Virtual Being t...
Health & Fitness
⭐ 4.1

## Must-have Games

More >

 Merge Sink Monster Ba...
Action

 Dream League Soccer 2...
Sports

 Parking Order!
Puzzle

 Baby Shark Makeover G...
Educational

 ⭐ 4.1
 ⭐ 4.4
 ⭐ 4.4
 ⭐ 3.6

 Bingo Blackout real mo...
Casino
⭐ 4.4

 DOP 5: Delete One Part
Puzzle
⭐ 4.5

 Dress up with the cute ...
Simulation
⭐ 3.2

 Magic Academy Tycoon
Strategy
⭐ 2.8

 My City : Dentist visit
Educational
⭐ 4.3

 Airplane Pilot Simulator...
Trivia
⭐ 4.8

 My Talking Tom
Casual
⭐ 4.5

 Shoot Monster: FPS Sur...
Action
⭐ 3.5

ADVERTISEMENT



**Google Play Games now on PC**
Explore the Cookie Run world and uncover its secrets on PC with Google Play Games

Google Play Games Beta

Download

## Editor's Choice

More ›


Simple methods for using a Li...


Everything you need to know ...


Do you want to learn about an...


5 tips to ensure safety while us...


Exploring the POWER of Googl...


Minecraft: Pros And Cons You ...


Temu VS Amazon Shopping : ...


5 Best Mobile Apps for Wome...

## Latest Update Apps

More ›

 Baby Cry Insights: Translator
Parenting
⭐ 2.8

 Clapper: Video, Live, Chat
Social
⭐ 4.3

 40000 Wallpapers & Backgrounds
Personalization
⭐ 4.0

 FreePrints
Photography
⭐ 4.8

 AI ARTA: Art & Photo Generator
Art & Design
⭐ 3.7

 ZEPETO: Avatar, Connect & Play
Entertainment
⭐ 4.3

 Grammar Check by AI Writing
Education
⭐ 3.6

 Face Shape - Pretty Scale
Beauty
⭐ 4.0

 African Braids Hairstyle
Beauty
⭐ 4.5

 Find My Phone By Clap, Whistle
Personalization
⭐ 4.4

 Heartify Novel
Books & Reference
⭐ 4.4

 Health Tracker: BP Monitor
Health & Fitness
⭐ 4.1

ADVERTISEMENT



## Google Play Games now on PC

Explore the Cookie Run world and uncover its secrets on PC with Google Play Games

Google Play Games Beta

**Download**

## Latest Update Games

More >

 **Craft Skyland Loki Pro**
Simulation
 3.8

 **Traffic Driving Car Simulator**
Racing
4.6

 **An Elmwood Trail - Crime Story**
Adventure
4.7

 **Solitaire Zen:Home Design**
Card
 4.7

 **Famous Fashion - Dress Up Game**
Role Playing
4.7

 **Power Slap**
Sports
4.3

 **Twisted Tangle**
Puzzle
4.1

 **MLB Clutch Hit Baseball 2023**
Sports
4.4

 **Lila's World:Dr Hospital Games**
Educational
3.8

 **Trench Warfare 1914: WW1 RTS**
Strategy
4.7

 **Real Car Driving: Race City 3D**
Racing
4.5

 **Racing Xtreme 2: Monster Truck**
Racing
4.8

We use cookies to improve your experience on our website. By using this site you agree to our use of cookies.
Privacy Policy

**Agree**

 APKCOK

# EXHIBIT 15





## Get the Temu app now and have fun

**SAVE MONEY**

Get 30% off your first order

**A LARGE CHOICE**

Every day, you can find thousands of new goods.

**EASES OF USE**

It's free to ship and return.

Some conditions apply.



# EXHIBIT 16



https://apk-empire.com/temu/com.einnovation.temu                                    November 30, 2023 at 3:59 PM EST

Home   /   Apps   /   Temu

# Temu



## Temu

Category Shopping

⬇ 10 M |        ★★★★½    4.56 (4,229) 👤

Advertisement



| Technical Specification | | Download |
|---|---|---|
| Latest Updated | Sep 22, 2023 | |
| Latest Version | 2.6.2 | |
| Developer | Temu | |
| Operating system | Android, iOS | |
| Language | English | **Download APK** |
| Price | Free | |
| Available version | 2.6.2 | **Install from Google Play** |
| Version history | 1.96.1 | |
| | 1.79.1 | |
| | 1.58.1 | |
| | 1.55.2 | |
| | 1.53.1 | |

Advertisement



Team up with Temu to price down on your favourite buys with an extensive selection of products available at fantastic prices. Whether it's clothing and fashion or home and décor, Temu can be counted upon to bring joy to your day with excellent products at unbeatable prices. On a mission to help you live the life you desire, the Temu app brings the best and



START NOW →

Automate quotes Eliminate errors with PandaDoc

### Popular APKs            See more »

| | Junk Master | 1.1.2 for Android |
|---|---|---|
| | Responda | 1.0.5 for Android |
| | YouTube Kids | 8.32.0 for Android |
| | SocialPass | 8.3.3 for Android |
| | FilmoraGo | 9.2.53 for Android |
| | Sprouts | 18.17.4 for Android |

### Top APKs              See more »



| | Scanner App | 5.15.3 for Android |
|---|---|---|
| | Guide for Among Us | |

most wanted items to your fingertips. No matter the occasion, Temu makes finding new products a delight. With thousands of new products listed daily, free shipping and free returns, the Temu app is the go-to place for stress-free shopping. New Temu customers enjoy 30% off their first purchase – valid on the entire selection of products listed.

## More Details

**Key Features of the Temu app**

- Safe payments – partnering with the major payment providers for safe and secure payment methods
- Buy now pay later – don't wait for payday, check out with Klarna and buy now, pay later
- Secure logistics – working with the best couriers to ensure your parcel arrives safe and sound
- Purchase protection – shop confidently knowing we've always got your back with 24/7 customer support

## How to install the application

**How to download the Temu app**

1. Download the Temu app by opening the Google Play Store
2. From there, click on the search bar at the top of the screen
3. Type in the name of the application and click on the app icon in the search menu
4. Tap "Download" and wait for the app to install onto your mobile device

## DISCLAIMER

- The above app is a mobile app that will not change any system settings on your phone
- All apk files downloaded from our site are secure
- We provide the official download link from Google Play Store
- The trademarks and logos of all the merchants displayed on the website are the property of their respective owners. The website is not affiliated or associated with any of them
- Our website and its content strictly comply with all the terms and conditions of Google Ads Advertising policies and Google Unwanted Software policy

## Steps to Uninstall android App

**How to uninstall the Temu app**

1. If you no longer require the app, then you can delete it by first going to your phone settings
2. Locate the Application Manager (App Manager)
3. Find the Temu app and then click "uninstall" to remove it from your device

## Tips & Tricks

**More about the Temu app**

- New products – with thousands of products added to the app each day, Temu brings back the joy of shopping. With a best-selling range and carefully collected curations, Temu is a world of countless possibilities where high-quality products are paired with affordable prices
- New customer – first-time Temu customers are rewarded with an exclusive 30% discount on their first order when purchasing in the app. What better way to celebrate your first purchase than with a generous discount? Prepare to be amazed by Temu
- Extensive range – the Temu app is home to a wonderful range of products including fashion and clothing, home and garden, toys and games, beauty and health, office and school, industrial and commercial, office and school, arts and crafts, baby and maternity and many, many more
- Frequent promotions – users of the Temu app are often delighted by frequent promotions, discounts and sale events where best-selling items are reduced for a limited time. Temu users are thrilled by the opportunity to shop premium products at affordable rates all year long
- Content creation – Temu is always on the lookout for new members to join the family. Social media influencers and Temu fans alike are welcome to create content and share it on their socials for the chance to collaborate with Temu and appear on Temu's own official social





channels





# EXHIBIT 17

https://apkfab.com/                                                                December 1, 2023 at 9:54 AM EST

**Start Now**

**2 Easy Steps**
1. Click "Start Now"
2. Add Data Shield for Chrome™





### Editor's Choice                                                                More »






VidMate - HD Video Downloader      Workday      Nova Empire: Space Commander      Elevate - Brain Training Games






Deliveroo: Food Delivery UK      The Baby In Yellow      Hornet - Queer Social Network      365Scores: Live Scores & News

### Latest News                                                                    More »








PUBG MOBILE Exclusive Redeem Codes    PUBG MOBILE Japan Announces its Colla...    Upcoming: Physics Game Slime Labs 2 C...    Pokémon Day 2022 Will be Celebrated o...    Harry Potter: Magic Awakened: Gl...

**Start Now**

**2 Easy Steps**

1. Click "Start Now"

2. Add Data Shield for Chrome™

### App & Game Review                                                              More »








First Impression on Rainbow Story Global    First Impression on Pocket Love    First Impression on Zooba: Zoo Battle Ro...    First Impression on Lord of Castles: Take...    First Impression on Zombie Catch

### Hot Apps Alternatives                                                          More »

 Learn Chinese - Studycat       OPLNREC.tv -Gaming Videos&Live      Radio Venezuela FM Online      DHL Express Mobile

 Baby Photo Editor - Baby photo      Bridge Race      Meta Ads Manager      Rock Idenlifier: Stone ID

 Sign Language ASL Pocket Sign      Cube Block - Woodly Puzzle Game      Feed Preview for Insta - Planner      Citytopia®

### Top 10 Android Apps                                                            More »







Top 10 Apps to Learn Dance    Must-Have Netmarble Games    Best Bullet Hell Games    Must-Have Games about Adorable Om...    Top 10 Strategy Games to Protect

## Limited-Time Sale

More >

| | | | | | |
|---|---|---|---|---|---|
| FlickFolio - Flickr Photos | Free | Motor Depot | Free | 5 Minute Journal: Self-Care | Free |
| Fiimic Pro: Mobile Cine Ca... | Free | Baseball Superstars 2023 | Free | Dungeon Corp. P (Idle RPG) | Free |
| Secret Files: Sam Peters | | Pocket Casts - Podcast Pla... | | Video Cutter, Trimmer & ... | Free |

| | |
|---|---|
| Focus Lens DSLR Blur : Ph... | Free |
| Black Army Emerald - Icon... | Free |
| The Lonely Hacker | |

## Pre-Register

More >

Project DW | Ashfall | Assassin's Cre... | Love and Dee... | War of Mafia | Seven Deadly ... | RF Project | Indus Battle R... | Ugly | Soul Knight N... | Airknights: End... | NARAKA: BLA... | Gangst...

## Hot Games

More >

| | | | |
|---|---|---|---|
| Free Fire MAX | Free Fire: Winterlands | Battlegrounds Mobile India | Roblox |
| Royal Match | 8 Ball Pool | Hay Day | Avatar World: City Life |
| MONOPOLY GO! | Words of Wonders: Crossword | Gacha Life 2 | Standoff 2 |

## Hot Apps

More >

| | | | |
|---|---|---|---|
| WhatsApp Messenger | Canva: Design, Photo & Video | Phone by Google | AXISnet Cek & Beli Kuota Data |
| Wildberries | TikTok | Messages by Google | Lazada - All out this 12.12 |
| Temu: Shop Like a Billionaire | Instagram | Al Quran Indonesia | gov.br |

## Latest Update Games

More >



Hunting Mast... | Mafia2: Mafi... | Red Button: n... | Brain Draw | Daily Bubble | Bitlife Español | Heroes of War... | Poly Island: Ar... | Nova Empire:... | Race the Traffic | War Thunder ... | Snow Drift | Elimin...

## Latest Update Apps

More >



89.0 RTL | Ringtones Ma... | Word Office - ... | PDF Viewer Pro | KKBOX | Musi... | Fidget Spinner... | Blur Bokeh Ba... | OAM TV | Picnic Online ... | Arorा Classes | COMPUTER F... | SimpleTouchP... | OFO -...

### Top Android Apps
- WhatsApp APK
- Canva APK Bundle
- iPhone APK
- AXISnet APK bundle
- Wildberries APK
- TikTok APK
- Messages APK
- Lazada APK
- Temu APK bundle
- Instagram APK

### Top Android Games
- Free Fire MAX APK + OBB Data
- Free Fire APK + OBB Data
- Battlegrounds India APK + OBB Data
- Roblox APK bundle
- Royal Match APK bundle
- 8 Ball Pool APK
- Hay Day APK
- Avatar World APK Bundle
- MONOPOLY GO APK bundle
- WoW APK

### Customer Service
- Contact Us
- Report Abuse
- Terms
- DMCA
- Cookie Policy
- Privacy Policy
- Refund Policy FAQs
- About Us

### Tutorial
- What is APK File?
- What is JXAPK File?
- How to Install .XAPK file?
- How to Download Rush Wars APK In All Countries?

### Discovery
- APKFab APP
- APK Downloader
- APK Upload
- Alternatives
- TopTens

© 2023 APKFab. All rights reserved.
APKFab.com is NOT associated or affiliated with Google, Google Play in any way. Android is a trademark of Google Inc. Google Play and the Google Play logo are trademarks of Google LLC.

# EXHIBIT 18

https://apkfab.com/temu/com.einnovation.temu                    November 30, 2023 at 3:45 PM EST

**Start Now**

**2 Easy Steps**
1. Click "**Start Now**"
2. Add Data Shield for Chrome™



Home › Apps › Shopping › Temu: Shop Like A Billionaire

## Temu: Shop Like a Billionaire

⭐ 9.5   👤 129K+   ✅ TRUSTED APP

v2.25.0 by Temu

⇒ What's .APK / .XAPK file and how to install?

⬇ **Download XAPK (APK Bundle)**
35.04 MB

Download through APKFab App
Safe & Fast Install • Region Free

**You May Also Like**

Lazada - All out this 12.12
It's the last Lazada BIG SALE of 2023! Time f...
⭐ 9.4  👤 2M+

Mercado Libre: Compras online
Envío en 24h con las mejores oportunidade...
⭐ 9.3  👤 1M+

AliExpress
Enjoy 3-10 workday delivery on selected ite...
⭐ 9.0  👤 1M+

Wish: Shop and Save
Home & Life, Fashion, Electronics
⭐ 9.4  👤 1M+

Shopee 12.12 Birthday Sale
RP0 Shipping Fee Party, Gebyar Promo, and...
⭐ 8.6  👤 1M+

### About Temu

Temu (Package Name: com.einnovation.temu) is developed by Temu and the latest version of Temu: Shop Like a Billionaire 2.25.0 was updated on November 29, 2023. Temu: Shop Like a Billionaire is in the category of Shopping. You can check all apps from the developer of Temu: Shop Like a

We use cookies to improve your experience on our website. By using this site you agree to our use of cookies. Learn more    **Agree**

Shop on Temu for exclusive offers. Free delivery everywhere!



**Discover related topics**

| Download App | ⟩ |
| Download for Free | ⟩ |
| Apps Download | ⟩ |

Read More

Shopping

**Related Videos**



**Previous Versions**                                      More

 Temu: Shop Like a Billionaire **2.25.0** 
November 30, 2023   117.2 MB                              



Temu: Shop Like a Billionaire **2.25.0**  XAPK  APKS
November 30, 2023   35.04 MB                    [5 Variants]

Temu: Shop Like a Billionaire **2.24.0**  APK
November 28, 2023   117.15 MB                   [Download]

Temu: Shop Like a Billionaire **2.24.0**  XAPK  APKS
November 29, 2023   34.95 MB                    [4 Variants]

**More Information**

| | | | |
|---|---|---|---|
| Package Name: | Category: | Update Date: | Latest Version: |
| com.einnovation.temu | Shopping Apps | 2023-11-29 | 2.25.0 |
| Need Update: | Available on: | Requirements: | Report: |
| Submit latest version | Google Play | Android 5.0+ | Flag as inappropriate |

**Top Android Apps**

• Instagram APK
• WhatsApp APK
• Phone APK
• Duolingo APK Bundle
• AXISnet APK Bundle
• JioCinema APK
• TikTok APK
• Messages APK
• Temu APK Bundle
• Lazada APK

**Top Android Games**

• Free Fire MAX APK + OBB Data
• Free Fire APK + OBB Data
• Battlegrounds India APK + OBB Data
• Roblox APK Bundle
• Royal Match APK Bundle
• 8 Ball Pool APK
• Hay Day APK
• Avatar World APK Bundle
• MONOPOLY GO APK Bundle
• WoW APK

**Customer Service**

• Contact Us
• Report Abuse
• Terms
• DMCA
• Cookie Policy
• Privacy Policy
• Refund Policy FAQs
• About Us

**Tutorial**

• What is .APK File?
• What is .XAPK File?
• How to Install .XAPK File?
• How to Download Rush Wars APK in All Countries?

**Discovery**

• APKFab APP
• APK Downloader
• APK Upload
• Alternatives
• TopTens

© 2023 APKFab All rights reserved.
APKFab.com is NOT associated or affiliated with Google, Google Play or Android in any way. Android is a trademark of Google Inc. Google Play and the Google Play logo are trademarks of Google LLC.

# EXHIBIT 19





My Talking Angela
Outfit7 Limited
3.9 ⭐
Details

Temple Run
Imangi Studios
4.3 ⭐
Details

Roblox
Roblox Corporation
4.4 ⭐
Details

PUBG MOBILE
Level Infinite
4.2 ⭐
Details

Clash of Clans
Supercell
4.5 ⭐
Details

My Talking Tom 2
Outfit7 Limited
4.1 ⭐
Details

ADVERTISEMENT



Save Up To 35% Off
TeePublic

## Latest Updated

More >

Temu: Shop like a Bill...
Temu
4.6 ⭐
Details

TikTok
TikTok Pte. Ltd.
4.3 ⭐
Details

Peacock TV: Stream T...
Peacock TV LLC
4.4 ⭐
Details

SHEIN-Shopping Onli...
Roadget Business PTE. LTD.
4.5 ⭐
Details

Instagram
Instagram
3.9 ⭐
Details

Target
Target Corporation
3.9 ⭐
Details

Walmart: Shopping &...
Walmart
4.6 ⭐
Details

eBay: Fashion, Car Par...
eBay Mobile
4.7 ⭐
Details

Alibaba.com - B2B m...
Alibaba Mobile
4.4 ⭐
Details

Max: Stream HBO, TV,...
WarnerMedia Global Digit...
4.7 ⭐
Details

WhatsApp Messenger
WhatsApp LLC
4.2 ⭐
Details

Etsy: Custom & Creati...
Etsy, Inc
4.8 ⭐
Details

Morrisons More
Morrisons
3.9 ⭐
Details

Amazon Prime Video
Amazon Mobile LLC
4.2 ⭐
Details

AliExpress
Alibaba Mobile
4.4 ⭐
Details

## Best Topics

More Topics >



Top 20 Chat Apps

Top 10 Short Video Apps Alternative For Android

Top 15 Todo List Apps



Top 15 Best Phone Cleaner Apps

Top 8 Best Parent Control Apps

Top 10 Best Security Apps

Explore by Categories

| | | | | | |
|---|---|---|---|---|---|
| Art & Design | Auto & Vehicl... | Beauty | Board | Books & Refer... | Business |
| Communicati... | Dating | Education | Entertainment | Events | Finance |
| Food & Drink | Health & Fitn... | House & Home | Libraries & De... | Lifestyle | Maps & Navig... |
| Medical | Music | Music & Audio | News & Maga... | Parenting | Personalization |
| Photography | Productivity | Shopping | Social | Sports | Tools |
| Travel & Local | Video Players ... | Weather | Action | Adventure | Arcade |
| Card | Casino | Casual | Comics | Educational | Puzzle |
| Racing | Role Playing | Simulation | Strategy | Trivia | Word |



Privacy Policy    Disclaimer    About Us

Copy Right@apkishare.com. All Rights Reserved

Google Play™ is a Trademark of Google Inc.

Apklshare is not affiliated with Google, Android OEMs or Android application developers in any way.

# EXHIBIT 20



Google Play ® is a Trademark of Google Inc.

Apkishare is not affiliated with Google, Android OEMs or Android application developers in any way

# EXHIBIT 21



https://apkpet.com/temu-shop-like-a-billionaire/com.einnovation.temu — November 30, 2023 at 4:02 PM EST

APKPet | Games | Apps | Categories | Languages | Search for apk

**Big discount on Temu**
Check out Temu's amazing deals. Discounts up to 90% off

$2.24 New app users only 3pcs

Temu — Shop Now

Discover App

Shapermint — Shapermint Marketplace ★4.5 ▲50K+
Grip - Discover Your Live — Grip corp. ★4.3 ▲1M+
Grover - rent tech flexibly — Grover Group GmbH ★3.8 ▲100K+
Purchasing Power — Purchasing Power ★4.2 ▲100K+
NTWRK: Live Video Shopping — THENTWRK ★4.4 ▲500K+
Bikroy - Everything Sells — Bikroy ★4.4 ▲3M+
Shopping list voice input — TK Solution ★4.8 ▲1M+
Buyee - Buy Japanese goods! — tenso ★4.7 ▲100K+
OLX - Venda e Compra Online — OLX Brasil ★4.3 ▲100M+
MARTIN'S — Giant Foods Stores, LLC ★3.3 ▲100K+

See More

ApkPet > Apps > Shopping > Temu: Shop Like A Billionaire

## Temu: Shop Like a Billionaire
★4.6 | ▲ Teen | ▲10M+
v2.22.3 by Temu
✓ TRUSTED APP

Advertisement

**Big discount on Temu**
Download Temu app and enjoy exclusive offers

$2.24 New app users only 3pcs

Temu — Shop Now

## App Information

| | | |
|---|---|---|
| Version | Update | Developer |
| 2.22.3 | 2023-11-22 | Temu |
| Category | Google Play ID | Installs |
| Shopping | com.einnovation.temu | 10M+ |

## App Names

Temu: Shop Like a Billionaire APK

## App Description

Revolutionizing E-commerce: Temu App

Experience a new way of shopping with Temu, the leading mobile shopping app. Through collaborative ordering with friends, family, and neighbors, Temu gains insight into consumer preferences and utilizes advanced algorithms to provide accurate recommendations, enabling users to enjoy discounted prices and a seamless shopping experience.

Endless Possibilities at Your Fingertips

Discover a wide range of products, from fashion to home decor, handcrafted items, beauty supplies, trendy clothing, and footwear, all with just a tap on your device. Temu ensures you always find the perfect item for any occasion, helping you live the life you desire. Download the free Temu app now and experience the thrill of online shopping!

Exciting Features of Temu App



**Unbeatable Black Friday Savings:** On Black Friday, users can enjoy discounts of up to 70%. by sharing orders with friends and family, you can further slash prices. making this the perfect platform for high-quality yet affordable shopping. Download the Temu app for iOS now and grab these incredible deals!

**First Order, Absolutely Free:** As a new user, you receive the exclusive benefit of a free first order. Take advantage of this amazing offer within 90 days of registering. Download the Temu app now to claim this fantastic opportunity!

**Extensive Product Selection:** With over 1000 new products added daily, Temu keeps you up-to-date with the latest fashion trends. Explore an array of categories and find exactly what you're looking for. Download the Temu apk, register, and start sharing your favorite products with friends to earn bonuses. Don't miss out – Temu apk is waiting for you!

Read More

Download on the **App Store**          ⬇ Download APK

Old Versions

Temu: Shop Like a Billionaire 2.22.3  APK
2023-11-22

Temu: Shop Like a Billionaire 2.21.1  APK
2023-11-19

Temu: Shop Like a Billionaire 2.20.5  APK
2023-11-19

Temu: Shop Like a Billionaire 2.19.0  APK
2023-11-12

Temu: Shop Like a Billionaire 2.18.0  APK
2023-11-07

See More

©2023 APKPet | About US | Terms of Service | Privacy Policy | Disclaimer | Contact Us

Google Play™ is a Trademark of Google Inc

APKPet is not affiliated with Google, Android OEMs or Android application developers in any way

EXHIBIT 22



Weather      News & Maga...
Maps & Navi...    Events
Productivity    Social
Business    Tools
Music & Audio    Travel & Local
Shopping    Dating
Lifestyle    Beauty
Medical    Books & Refer...
Communication    Education
Video Players ...    Entertainment
Finance    Health & Fitn...

## Start Now

**2 Easy Steps**

1. Click **"Start Now"**

2. Add Data Shield for Chrome™

### Apps · New Releases

 Wocute - Period Calendar
MQIC Technology
⤓5M+

 White Noise Deep Sleep Sounds
Slumber Studios
⤓500K+

 Zepto: 10-Min Grocery Delivery
KiranaKart Technologies Private Limited
⤓10M+

 Marah world
Pixitoon Apps
⤓1M+

 It's Boba Time
Incentivo Inc.
⤓10K+

 McDelivery PH
Golden Arches Development Corporati...
⤓5M+

 iYouPro
Shenzhen KeepRapid
⤓

 Cabify Driver: app conductores
Cabify
⤓1M+

 Dancefitme: Fun Workouts
DAILY FITNESS
⤓1M+

See More

### Games · New Releases

 Raft Survival - Ocean Nomad
Survival Games Ltd
⤓100M+

 Twisted Tangle
Rollic Games
⤓1M+

 Parchis Club - Ludo Board Game
Moonfrog
⤓1M+

 Find Difference: Spot Fun
Joymaster Studio
⤓1M+

 Pull the Pin
Popcore Games
⤓100M+

 Hunting Sniper
Sparks Info
⤓10K+

 Build Master: Bridge Race
FirstFun
⤓1M+

 Kick the Buddy
Playgendary Limited
⤓100M+

 Word Collect - Word Games Fun
Super Lucky Games LLC
⤓10M+

See More

### Games

Sports    Board
Strategy    Word
Puzzle    Simulation
Racing    Trivia
Role Playing    Educational
Music    Action
Adventure    Arcade
Card    Casual

©2023 APKPet | About US | Terms of Service | Privacy Policy | Disclaimer | Contact Us

Google Play™ is a Trademark of Google Inc

APKPet is not affiliated with Google, Android OEMs or Android application developers in any way

# EXHIBIT 23



Temu Best Deals
Temu

Use APKPure App
Get Temu old version APK for Android

## About Temu

Come to get 30% discounts for your first shopping in Temu!

Temu will offer you a more convenient and easy way to have shopping online. It features a large variety of clothes, decors, and many other merchandises of different brands, in different categories and regions. Whatever you like you can find them in Temu! You can find a lot of stuff in Temu that is much cheaper than on the other e-commerce platforms. What are you waiting for? Come to enjoy a great online shopping experience in Temu!

Team Up, Price Down!  Discover a wide range of global products at amazing prices!

From fashion, to home décor, handmade crafts and more, finding new products that you love is just an easy tap away. No matter the occasion, you can always count on Temu to have just the right things to brighten your life and help you live the way you want to live.

Download the Temu app today to enjoy
SAVINGS
30% off your first purchase
WIDE SELECTION
Discover thousands of new products daily
CONVENIENCE

Show More

Shopping

## Temu Articles




Temu Haul Review - First Impression




How to download Temu for Android

How to Get The Best Christmas Deals

Temu Haul Review - Eerste indruk









Temu FAQ

1. Is Temu a legitimate shopping site?

Yes. Temu is a trusted website and a secure online shopping platform for customers. It offers customers a secure shopping environment to purchase everything they wanted. Temu has gone public since 2015 and all of the payment links on Temu are PCI-certified. Therefore, customers have no need to worry about their card data security when they're shopping on the Temu app.

2. How can Temu be so cheap?

Thanks to the well-managed supply chain built by its parent company Pinduoduo in the past seven years in China, Temu can source goods from manufacturers and factories and reduce transaction and information costs.

Show More ⌄

Temu Screenshots

     

Old Versions of Temu  ›

| | | |
|---|---|---|
| Temu 2.25.0 | | |
| 35.0 MB   Nov 30, 2023 | | ⬇ Download |
| Temu 2.25.0 | | |
| 117.2 MB   Nov 30, 2023 | | ⬇ Download |
| Temu 2.24.0 | | |
| 35.0 MB   Nov 29, 2023 | | ⬇ Download |

All Versions

Temu Alternative  ›

       

| EXO-COM | Tinder Lite | Douglas – Parfum &... | SHEIN-Shopping... | Whatek | AliExpress | Clever LOTTO &... | Eye Com |
|---|---|---|---|---|---|---|---|
| ☆ | ★ 5.4 | ★ 10.0 | ★ 9.0 | | ★ 8.9 | ☆ | ★ 4.0 |

Get more from Temu  ›



Whalek

☆

User Reviews

Total Reviews: 10 · English: 6                    + Reviews

Rating
**6.8**

10 Reviews

| | |
|---|---|
| 5 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 4 | ▪ |
| 3 | ▪ |
| 2 | ▪ |
| 1 | ▬▬▬▬▬▬▬▬ |

Reviews  Positive  Negative  Latest Version  Posts          English ⌄  Top reviews ⌄

Blaq Whale
★★★★★  2023-11-15

This is absolutely the best online store out there today.
You get to win free products and cash prizes. I mean, it's just so amazing.
They've got very low prices on high quality product and Delivery time is quite decent....

☐ FRL-L22                                              👍 1  ⟲ Reply



forus    2023-05-24

This is the best site since sliced bread, they've got everything you can think of, and things you can't imagine for crazy low prices. Plus, they refund you the difference if the price goes down, AND you have 90 days to make a FREE return (as long as you return the items together)...

LM-X420                                                    3   1

Kitanya Bhagwandin    2023-06-15

@temu when are yourll going to have shopping to South Africa??

PPA-LX2                                              Like   Reply

Show More

apkpure

Discover what you want easier, faster and safer.

Service
APK Install
APK Signature Verification

Developers
Developer Console
Submit APK

Company
About Us
Contact Us

We use cookies and other technologies on this website to enhance your user experience.
By clicking any link on this page you are giving your consent to our Privacy Policy and Cookies Policy.

Ok I Agree    Learn More about Policies

# EXHIBIT 24

**APKResult**    MOD    Games    Apps    Youtube    English ⌄    [        ]    Search

Home    Temu APK

## Temu APK for Android Free Download

★★★★ ☆

**Apps, Social**

| App By: | Version | Updated On |
|---|---|---|
| **PT. Temu Tech** | **v1.0.7** for Android | **Oct 12, 2023** |



Unique Tank Top Designs

Temu APK v1.0.7 (13 MB)

Temu Apk is a casual social network that helps you organize quality time with your friends and family in real-time and in the real world. In today's fast-paced world, where convenience, savings, and a quality shopping experience are at the forefront of consumer demand, mobile apps are changing the way we shop.

A shining example in the e-commerce space is Temu Apk, a free online shopping application that is making waves worldwide with its user-friendly interface and attractive offers. It's more than just an app, it's a shopping revolution that puts the world at your fingertips.

When you join forces, the price goes down! Save up to 90% on New Year's deals with the Temu App! New products from your favorite brands are just a tap away, whether it's fashion, home decor, crafts, beauty products, fine clothing, shoes, or more. Whatever the occasion, there's always something right for your life on the Teemu app.



### Top Trending Apps

**Settlement Survival APK**
★★★★ ☆
X.D. Network

**Royal Revolt 2 APK**
★★★★ ☆
Flaregames

**Star Sports APK**
★★★★ ☆
Troonlab

**Kawendra Zpax APK**
★★★★ ☆
SPAX

**SyberTV APK**
★★★★ 1
DOLT



## About Temu Apk

**Saving for the New Year**

Find clothing, shoes, home decor, beauty items, and more at up to 90% off.

**New user special**

You can save 30% on your first purchase

**Big selection**

Discover thousands of new products and shops every day! Find the latest fashion, footwear, home decor, and beauty products.

**It's simple**

There are no shipping or return fees. There are other conditions as well.



X

Take notes like never before with our Sticky Notes – cute, functional, and impossible to forget! ⭐ 📓

temu.to/m/uwawdjr8pmc

Enter code: dka3467 to receive 50% off for new APP users

#temu #temufinds #stickynotes #cutenessoverload #stationeryaddict #stayorganized



9:00 AM  Oct 1, 2023

♥ 92    💬 Reply    ↑ Share this post

**Read 232 replies**

Making plans has never been easier.

- Find the most popular places online in your city/region
- Invite your friends to hang out at a specific location, date, and time.
- Create temporary group chats that only include participants and disappear 24 hours after the event ends.
- Find places recommended by your friends.
- Fill your profile with your favorite places and people



## How to download and install Temu Apk?

This unique property ensures that its users are always protected. If you cannot find this app in the Google Play Store you can always download it from this website. Follow the steps below to install this app on Android devices before completing the idea.

1. Go to "Unknown Sources" in Settings. After that go to Security and enable the Security option.
2. Go to the download manager of your Android device and click on Temu. Now it's time for you to download it
3. Two options can be found on the mobile screen. There are two ways to install an operating system and all you have to do is boot it quickly on your Android device.
4. You will see a popup with options on your mobile screen. You have to wait a while for it to appear.
5. When all downloads and installations are complete just click the 'Open' option and open the screen on your mobile device.

## What are the profits and consequences of downloading Temu APK file directly?

### Pros:

- You can download any version of the application directly from the third-party website. You can have the app archives of most versions and you can download them according to your needs
- Unlike Play Store downloading is instant you don't have to wait for the review process, etc.
- After downloading there is an APK file on your memory card/system memory. So you can uninstall and reinstall them many times without downloading them.

### Cons:

- Downloading apps from third-party sources is not usually checked by Google. So it can be harmful to your phone.
- APK files may contain viruses that steal data from your phone or damage your phone.
- Your apps won't automatically update because they don't usually have access to the Google Play Store.





## Frequently Asked Questions

### Q: How can ApkResult.com guarantee 100% security for Temu App?

A: If someone wants to download an APK file from ApkResult.com  we check the relevant APK file on Google Play and allow users to download it directly (of course they are cached on our server). The APK file will be found in our cache if it does not exist in Google Play.

### Q: Does installing an APK from ApkResult.com allows updating it from the Play Store?

A: Yes  of course. The Play Store installs from Google s servers, with the exception of downloading and installing your service  and page loading from websites like ApkResult.com is the same.

After you download the new version of the app  an update will begin immediately.

### Q: How come Android App Permission is required in order to download Temu Apk?

A: Applications need to access certain devices' systems. As soon as an application is installed  you will be informed of all the permissions it requires.

### Video



### Conclusion

This review must have fulfilled all your queries about Temu Apk  now download this amazing app for Android & PC and enjoy it. Apkresult is a safe source to download APK files and has almost all apps from all genres and categories.

For any discrepancy, please comment your thoughts in the comment section or email us at the official email id provided in the contact us section.

Download Temu APK is located in the Social category and was developed by PT  Temu Tech's. The average rating on our website is 4.1 out of 5 stars. However, this app is rated 3 out of 5 stars according to different rating platforms. You can also respond Temu APK on our website so that our users can get a better idea of the application. If you want to know more about Temu APK, you can visit the official developer website for more information. The average rating is rated by 19003 users. The app was rated 1-star by 6 users and 5-star by 10751 users. The app has been downloaded at least times, but the number of downloads can reach . Download Temu APK If you need a free app for your Action device  but you need 5.0+ version or higher to install this app



  

 **Custom Gift For Everyone**
TeePublic

## What's New

- Bug Resolved.
- User-Friendly Interface.
- Speed Boosted

We believe you have reached your destination to find out Temu APK. We recommend you try out other apps as well which are popular on the web. These are the apps, you will love to use Settlement Survival APK , Royal Revolt 2 APK , Star Sports APK , Kawendra Zpax APK , SyberTV APK , .

| Package name | com.temu |
|---|---|
| MD5 | fxtye57to9ugkftuy57879 |
| SHA1 | 5E5WT47YTUD6E5466 |
| Download it on play store | Google Play |

The application was released on Oct 12, 2023, and has been available on ApkResult ever since. The current version is v1.0.7 and since then it has been downloaded more than 18789 times from our platform. The app is available in English and 15 others langues with full version that you will download. Download the APK and open it with your favorite file manager. Tap the file name to install. If the installation does not start, you need to enable unknown sources in your Android settings. The app was updated on Oct 12, 2023. If you would like to write a review, install this app and rate it on our website. The download is as direct as our speed and we provide direct links to all available versions of Temu APK for free. Please note that we provide both basic and pure APK files and faster download speeds for Temu APK. You can also download Temu APK APK and run it with the popular Android Emulators.

**Updated to version v1.0.7!**

We do not intend to infringe intellectual property, artist rights or copyright. If you think you own any content posted here, just contact us and we'll remove that content immediately. Or let us know if you need credit for this. The application, games and all other information presented on this website is intended to familiarize users with content that may be of interest to them.

EXHIBIT 25

https://appseeks.com/apps/temu.html                                                           November 30, 2023 at 3:43 PM EST

**APPSEEKS**         APPS     GAMES     TOPICS     TAGS

Home    Shopping



**Temu**

4.6 ★ ★ ★ ★

Download APK (118 MB)    Versions

Incluso si alquila su hogar.
Comience a ahorrar >

EVERSOURCE

### Additional App Information

| | |
|---|---|
| Category | Shopping |
| Update | 29 Sep 2023 |
| Size | 118 MB |
| Requirements | 5 0 and up |
| Developers: | |

- Download Temu App through Appseeks com is Safe and Free
- Discover the good Apps to customize your Android and provide safe APK to download



TeePublic® Marketplace

### Discover Apps

 Shop: All
Shopping

 X
Social

 Tagged
Social

 Google
Business

 WEBTOON
Comics

 Amazon
Shopping

### The Description of Temu

It is a professional cross-border e-commerce software for mobile phones  Here you can snap up good products from all over the world  You can find all kinds of clothing  food  toys and other commodities here  The price is affordable and the global shipping is fast

Next  Temu emphasizes high-quality images in operation  Since consumers in the US market have high quality requirements and value quality and patents at the same time  Teum has begun to focus on recruiting merchants with development  design  and production and photography capabilities

But at the same time  Temu s commodity prices are not high  and it still maintains a certain degree of competitiveness among similar e-commerce platforms in the United States  For example  the price of summer women's clothing is mostly below $20  and the price of many accessories and daily necessities does not exceed $10  It can be said that Temu s positioning is more inclined to the mid-end user group and the people who value cost performance

Last but not least  the Temu payment experience is also quite commendable  The payment process experience is good  the convenience of filling in the card and the filling of the automatic address are very well  The software supports credit card  PayPal  apple pay and other payment methods  It is worth mentioning that more than $30, you can experience the function of Buy Now Pay later

### App Store Performance

On iOS App Store  the rating of Temu is 4.6 out of 5 0  with 302,758 user reviews  On Google Play  its rating is 4 7 out of 5 0  with 493 867 user reviews and more than 50 000 000 installs  Based on the above data  we can find that this app has relatively high scores and ranks high on Google Play

Of course  if you re looking for a really affordable shopping app and get something at a great price  then Teum is indeed a good choice

### Top Downloads

 TikTok
★ ★ ★ ★

 WhatsApp
★ ★ ★ ★

 Bigo Live - Live
★ ★ ★ ★

 Telegram
★ ★ ★ ★

 Walmart Shopping
★ ★ ★ ★

 Discord  Talk  Cha
★ ★ ★ ★

 WEBTOON
★ ★ ★ ★

 MeetMe  Chat &
★ ★ ★

### Screenshot

   






Tango – Live
★ ★ ★ ★


Messenger – Text
★ ★ ★ ★

Disclaimer  Images are from Google Play  IOS Store  Other App Stores  Official websites  In-app screenshots and User
uploads  etc  If your copyright is involved  please Contact Us  for removal

## Temu Update

In the latest update  the app has been tweaked in two main aspects  one is to fix bugs and the other is improve
the app s performance to better serve users

## Temu Reviews

From the actual experience  there are many products that can be purchased in the Temu  whether it is clothes or
shoes  as well as a variety of accessories such as cosmetics and bags  There are many brands and ultra-low
discounts  whether it is the seckill area or group buying  You can choose from the special area  and you can also
learn about the most popular styles now  In addition to buying your favorite products  you can also enjoy the free
shipping service  At the same time, there are coupons in the software that you can receive  and discounts that
you can participate in  and you can also follow and collect brands you are interested in

## Temu Pros and Cons

### Pros

1  The official shopping platform  you can get more shopping surprises at any time  so that users can easily buy
and save money

2  It is convenient for users to get more shopping services  and they can buy directly if they like it  and they can
make better choices

3  All products can be purchased at any time  so that users can get more discounts and benefits

4  Allowing users to get more rebates  shopping can also get money

5  Most of the items are as described, and the quality is even a little higher than the price

6  Temu provides unlimited free shipping and full discount subsidies

7  You can check the logistics at any time  and you can see the estimated delivery time of the goods

### Cons

1  The interface is too concise  only pictures and descriptions  lacking more detailed information

2  There are also very few products  basically small-volume commodities

## Temu Tags

Shopping

## Download Temu APP

  Check All Versions

  Download Latest APK



 Unique Adult T-Shirts



**More Like This**                                            More >>

**Nike: Shoes,**
Shopping                    Download
4.5 ★★★★★

**Gumtree: Local**
Shopping                    Download
4.1 ★★★★★

**Mercari: Your**
Shopping                    Download
4.7 ★★★★★

**Bunnings**
Shopping                    Download
5.0 ★★★★★

**Afterpay - Buy**
Shopping                    Download
4.4 ★★★★★

**Sam's Club**
Shopping                    Download
4.5 ★★★★★

**Reviews (38)**

Fill in your name

Say something...

★★★★★                                        Submit

D   By Debbi Lynn Wright,                                  25 Nov,2023
    Am having trouble downloading these apps, but I keep trying. But, I love temu
    and would like to get back on it. Thank you.

9   By 9th                                                 25 Nov,2023
    I need help returning items that are the wrong size

R   By Robbin Downing                                     17 Nov,2023
    am having problem getting the app

D   By Donald Morris                                      14 Nov,2023
    Trying to find return address I ordered the wrong size any assistance would be
    appreciated

H   By Hobert Short                                       12 Nov,2023
    I want back on temu

More

| CUSTOMER SERVICE | TOP ANDROID APPS | TOP ANDROID APPS | TOP ANDROID GAMES | TOP ANDROID GAMES |
| --- | --- | --- | --- | --- |
| About Us | Twitter | Walmart Shopping | Garena Free Fire | Clash of Clans |
| Privacy Policy | Uber | Google Home | Call of Duty®: Mobile | Pokémon GO |
| Contact Us | Venmo | Telegram | PUBG MOBILE: RESISTANCE | Rise of Kingdoms |
| Terms of Use | TikTok | Facebook | Roblox | Fishdom |
| | WhatsApp | Cash App | Subway Surfers | Coin Master |

We use unpersonalized cookies to keep our site working and collect statistics for marketing purposes See the Privacy and Cookie Policy Learn more                    Accept

# EXHIBIT 26





**Hot Games**                                                                    More >>

| | Homescapes | | Snake.io - Fun | | Happy Color® – |
|---|---|---|---|---|---|
| | Casual Games | | Action Games | | Board Games |
| | 4.7 ★★★★★ | | 4.4 ★★★★★ | | 4.5 ★★★★★ |

| | Subway Surfers | | Township | | Mech Arena: |
|---|---|---|---|---|---|
| | Arcade Games | | Casual Games | | Action Games |
| | 4.6 ★★★★★ | | 4.6 ★★★★★ | | 4.3 ★★★★★ |

| | Project Makeover | | MARVEL Strike | | Jackpot World™ – |
|---|---|---|---|---|---|
| | Casual Games | | Role Playing Games | | Casino Games |
| | 4.4 ★★★★★ | | 4.0 ★★★★★ | | 4.6 ★★★★★ |

**Top Tags**

Entertainment    Tools

Communication    Shopping

Social    Finance    Travel & Local

Food & Drink    Lifestyle    Sports

< | Adventure... | Puzzle... | Casino... | Action Games | Arcade... | Board Games | >

| CUSTOMER SERVICE | TOP ANDROID APPS | TOP ANDROID APPS | TOP ANDROID GAMES | TOP ANDROID GAMES |
|---|---|---|---|---|
| About Us | Twitter | Walmart Shopping | Garena Free Fire | Clash of Clans |
| Privacy Policy | Uber | Google Home | Call of Duty® Mobile | Pokémon GO |
| Contact Us | Venmo | Telegram | PUBG MOBILE RESISTANCE | Rise of Kingdoms |
| Terms of Use | TikTok | Facebook | Roblox | Fishdom |
| | WhatsApp | Cash App | Subway Surfers | Coin Master |

We use unpersonalized cookies to keep our site working and collect statistics for marketing purposes See the Privacy and Cookie Policy Learn more

Accept

# EXHIBIT 27

https://www.itunesforwindows.com/app/1641486558/temu-shop-like-a-billionaire                    December 7, 2023 at 3:09 PM EST

**Popular PC Apps**                                                                     Search for softwares...  🔍



### Download Temu: Shop Like a Billionaire

**Category:** Shopping
**Last Updated:** 2023-11-21
**Current version:** 2.22.0
**File size:** 60.02 MB
**Developer:** Temu
**Compatibility:** Requires Windows XP, Windows Vista, Windows 7, Windows 8, Windows 8.1, Windows 10 and Windows 11

**DOWNLOAD (60.02 MB)**

---

### Temu: Shop Like a Billionaire Preview

    



**Other applications from the developer**

Temu: Shop Like a Billionaire

**Best Shopping software like Temu: Shop Like a Billionaire**



Agora Power Saver



Anti.uz



All American Car Wash Aurora



Bellavka



Adriatic Ireland



BrillbirdUK



Brasfoot Compras Online

---

## How to Download, install and use Temu: Shop Like a Billionaire on your Windows Computer

At the moment, Temu: Shop Like a Billionaire is not available for direct download on a computer. However, you can use emulators to run it on PC. The downside is that using Temu: Shop Like a Billionaire with an emulator might slow down your computer's performance.

**Learn how to use Temu: Shop Like a Billionaire on your computer in these 5 simple steps:**

1. Download and install the BlueStacks App Player on your computer. Do so Here >>
2. Once installed, open the software and sign in using your Google account.
3. On the program's search bar, Search for Temu: Shop Like a Billionaire on the in-built Play Store. On the Temu: Shop Like a Billionaire app page. Click the install button.
4. Once your Temu: Shop Like a Billionaire has been installed, click the 'All apps' button to access all your applications on the emulator
5. You will then see the Temu: Shop Like a Billionaire app. Click to run the app. Using this method, you can now enjoy your other favorite Shopping application on a Windows PC.

---

## About Temu: Shop Like a Billionaire

### Developer Description

Shop on Temu for exclusive offers. Free delivery everywhere!

No matter what you're looking for, Temu has you covered, including fashion, home decor, handmade crafts, beauty & cosmetics, clothing, shoes, and more.

Download Temu today and enjoy incredible deals daily.

WIDE SELECTION
Discover thousands of new products and shops.

CONVENIENCE
Fast and secure checkout.
Free shipping & returns within 90 days.
*Other conditions may apply

Visit temu.com or follow us on:
Instagram: https://www.instagram.com/temu
TikTok: https://tiktok.com/@shoptemu
Facebook: https://www.facebook.com/shoptemu
Youtube: https://www.youtube.com/@temu

---

### Temu: Shop Like a Billionaire version 2.22.0 Download

Mirror 1: Download for Android

Mirror 2: Get for Android

Free On iTunes



Alpha Asimov

Shoestock

CLUBE RUIZ E RUIZ

# EXHIBIT 28



# EXHIBIT 29



# EXHIBIT 30

https://modnapks.com/temu-apk/                                    November 30, 2023 at 4:05 PM EST

**MODNAPKS**        Home    Apps    Games    Paid    Policy        Search 🔍

Home > Shopping > Temu: Shop Like A Billionaire



**Temu Apk MOD Android & iOS v2.23.0 (2023)**
*November 28, 2023*

*Want to shop like a billionaire? Look no further than Temu apk, the shopping platform that offers exclusive deals and discounts on luxury products.*

| | | |
|---|---|---|
| 🛒 | Name | Temu: Shop Like a Billionaire |
| 🔧 | Publisher | Temu |
| ☰ | Genre | Shopping |
| 🛒 | Size | 116M |
| ⚡ | Version | 2.23.0 |
| 📨 | Get it On | Google Play |

**FREE INSTALL**

1) Click on "Free Install"    |    2) Start the installation    |    3) Block Ads & Malware

Web Companion

## Shop Like A Billionaire: Discover The Luxury World Of Temu Apk For Android & IOS

**EXPLORE THIS ARTICLE**

An innovative shopping app called Temu mod apk lets you shop like a billionaire. You can see as intriguing, and extravagant merchandise that is difficult to come by, in this commercial center from everywhere in the world. We'll look at Temu's uniqueness, functionality, and identity in this post. We are going to talk about why Temu Apk is the ideal alternative for anybody looking to shop like a billionaire and how it can assist you in finding the finest bargains on luxury things.



### What Is Temu Shopping IOS App?

Temu is a shopping app that enables you to purchase high-end products from across the globe. It is a platform that links buyers and sellers and facilitates the discovery and purchase of challenging-to-find goods. Temu sells beautiful art, watches, jewelry, and home furnishings in addition to high-end apparel. Top-of-the-line clients who are looking for elite products that are not presented on conventional retail stages will be taken care of by the application.

### How Does Temu Apk Function?

Temu shopping works by associating purchasers with vendors from everywhere in the world. You can get a wide range of exclusive products because the app has a large network of luxury item sellers. You can download the Temu app for iOS and Android for free to download.

You may make an offer on anything you discover if you like it. You can use this app to buy the item if the seller accepts your

offer. Temu clothing likewise offers an attendant service that can assist you with tracking down unambiguous things or arrange manages merchants.

## Why Is Temu Different?

Temu Shop Like a Billionaire is remarkable on the grounds that it gives admittance to extravagant things that are not accessible on ordinary retail stages. The application's broad worldwide vender network simplifies it to find and purchase hard to-track down items. Moreover, the application gives an attendant service that might help you in finding specific merchandise or arranging costs with sellers.

Temu Apk is novel in that it puts a need on smoothing out the shopping system. The app is easy to use and has features like one-click purchasing and a simple process for making offers. Your cash exchanges will be secure and safe because of the application's protected installment system.

## How Can Temu Apk Assist You In Locating The Best Offers?

Temu unlimited money provides you access to a vast worldwide network of sellers, making it simpler for you to find premium items at the greatest costs. The app also offers a personal assistant that may either assist you to locate certain things that aren't currently available on the market, bargain for lower prices with suppliers, or either.

Temu shopping also has a bidding system that lets you make offers on items that interest you. This framework guarantees that you can buy extravagant things at the most ideal cost.

## How To Join Temu?

It's simple to join Temu apk, but it's not for everyone. Create your free account on the temu website and start using this wonderful app. Membership is free, but Temu operates on an invitation-only basis to maintain its exclusivity.

## The Products : Shop Like A Billionaire

Temu mod apk offers a wide range of products across several categories. Here are some of the most popular ones:

## Fashion

Temu shopping clothing fashion selection includes some of the most coveted designer brands in the world. From Gucci to Chanel, members have access to the latest collections and exclusive pieces that are not available anywhere else.

## Beauty

In addition to fashion, Temu shopping offers a selection of beauty products that are hard to find anywhere else. From high-end skincare to niche fragrances, their beauty selection is curated to cater to the most discerning tastes.

## Home Goods

Temu apk also offers a range of luxurious home goods, including designer furniture, rare antiques, and bespoke home accessories. Temu provides something for everyone, whether you want to spruce up your living quarters with opulent furnishings or just make them more unique.

## Wines And Spirits

For wine connoisseurs, Temu offers a selection of rare and vintage wines that are sure to impress. They also feature a collection of luxury spirits, such as rare whiskies and cognacs, that you won't find in your neighborhood liquor store.



## How To Shop Like A Billionaire On Temu Apk?

Let's get started looking at how to shop in Temu apk like a billionaire now that you understand how Temu operates.

**Make a budget:** Even though Temu offers discounts on luxury items, budgeting is still essential. Stick to the budget you've set for yourself.

 Temu

**Shop Now**

**Check out the catalog:** Take some time to look through the products on Temu's website. You'll track down an extensive variety of extravagance merchandise, from originator dresses and assistants to gadgets and home stylistic themes.

**Examine the price monitor:** In the event that you find an item you like, make certain to really look at the cost tracker. This tool allows you to keep track of a product's price and get alerted when it falls.

**Examine costs:** Compare prices on other websites before making a purchase. While Temu offers selective gives, it's dependably really smart to ensure you're getting the most ideal arrangement.

**Use your points for rewards:** Remember to redeem your rewards points for discounts on subsequent purchases. You will receive more rewards the more you shop on Temu.

**Stay up to date:** For the most recent discounts and offers, join to Temu's email and follow them on social media.

You can shop on Temu like a billionaire and get more for your money if you follow these tips.

Download the Latest version of TradingView Mod Apk

### The Temu App Experience

Shopping in Temu apk is more than just buying products – it's a luxurious experience in itself. The platform's clean, contemporary layout makes browsing items a delight, and their customer support team is available at all times to address any queries you might have.

In addition, Temu Shop Like a Billionaire offers a range of exclusive perks and benefits to its members. These include access to private sales, early access to new products, and invitations to exclusive events. Temu makes your buying experience as easy as possible by offering free shipping on all orders and a straightforward return policy.

### Is Temu Legit? Let's Find Out

To evaluate the legitimacy of Temu, it's essential to consider various factors and gather insights from users who have interacted with the platform. So, let's explore the key aspects that determine Temu's credibility.

### Understanding Temu's Purpose

Before diving into the legitimacy aspect, let's briefly understand what Temu offers to its users. Temu is an online marketplace that connects freelancers with clients seeking their services. From graphic design and content writing to web development and marketing, you can find a wide range of freelance services on Temu.

### Trustworthiness And Reliability

When it comes to online platforms, trust, and reliability are paramount. Users want to feel confident that their interactions and transactions will be secure and seamless. Temu recognizes this need and has implemented several measures to ensure a trustworthy environment. These measures include:

- The rigorous verification process for freelancers and clients
- Escrow system to protect payments and prevent fraud
- User rating and review system to provide transparency and accountability

### User Experiences And Temu Reviews

Examining the user experiences of any platform is one of the greatest methods to determine its authenticity. Check out what people are saying about temu website below:

**User Review 1:** I've been working as a freelancer in temu website for almost a year, and I love it here. The platform is easy to

navigate, and I've always been paid on time. I highly recommend it!"



**Temu Marketplace**

Ladies come first with Temu's discounts

 Temu                                          **Shop Now**

**User Review 2:** "I was skeptical at first, but after using Temu for a few months, I can confidently say that it's a legitimate platform. The support team is responsive, and I've had no issues with payments or client communication."

Based on these user temu reviews, it's evident that Temu has garnered a positive reputation among freelancers and clients alike.

### Is Temu Apk Worth It?

If you're someone who values exclusivity and luxury, Temu apk for android is definitely worth checking out. Even though their items may cost more money, they provide a degree of quality and uniqueness that is unmatched.

In addition, Temu's platform offers a seamless shopping experience that is tailored to the needs of its members. Whether you're looking to add a statement piece to your wardrobe or furnish your home with bespoke pieces, Temu has something for everyone.

### Conclusion

Temu apk is a cutting-edge shopping app that lets users shop for luxury goods from around the world. It is an online marketplace that links sellers and buyers and facilitates the discovery and purchase of challenging-to-find goods. Temu apk stands apart because of its accentuation on conveying a consistent purchasing experience and broad worldwide seller organization.

Temu Mod Apk is the best choice if you want to shop like a billionaire. Temu Apk download is able to assist you in locating the best offers on exclusive and difficult-to-find luxury items through its extensive network of sellers, concierge service, and bidding system. So, download the application today and begin shopping like an extremely rich person!

### FAQs

### How Much Does It Cost To Join Temu Apk?

Membership to Temu is free, but it is an invitation-only platform.

### Are All Of Temu Website Products Authentic?

Yes, Temu carefully vets all of the products on its platform to ensure that they meet their standards of quality and authenticity.

### Can I Return A Product If I'm Not Satisfied?

Yes, Temu apk offers a hassle-free return policy on all of its products.

### How Often Does Temu Apk Add New Products To Its Platform?



**Temu Marketplace**

Ladies come first with Temu's discounts

 Temu                                          **Shop Now**

Temu apk updates its platform with new items on a regular basis, so make sure to come back frequently to see what's new.

### Does Temu Ship Internationally?

Yes, Temu Shop Like a Billionaire offers international shipping on all of its products.

### Is Temu A Scam?

No, Temu app is not a scam. It is a legitimate online marketplace that connects freelancers with clients. But when conducting commerce on any internet site, it's important to be cautious and do your research.

### How Does Temu Ensure Secure Payments?

Temu website employs an escrow system to ensure secure payments. The agreed-upon payments are kept in escrow when a customer employs a freelancer until the job is finished and authorized. This system protects both parties involved, mitigating the risk of payment disputes.

### Are Freelancers Verified On Temu?

Yes, Temu has a rigorous verification process for freelancers. Before joining the platform, freelancers are required to provide identification documents and undergo a screening process. This verification process enhances trust and credibility within the community.

### Can Clients Trust The Quality Of Work On Temu?

Temu provides a user rating and review system that enables clients to assess the quality of freelancers' work. Clients can view freelancers' portfolios, ratings, and reviews to make informed decisions. This transparency helps ensure that clients can trust the quality of work on the platform.

### Is Customer Support Reliable On Temu?

Temu offers reliable customer support to assist users with any concerns or issues they may encounter. Their support team is responsive and dedicated to resolving problems promptly, enhancing the overall user experience.

 5/5 – (16 votes)

**Download Temu: Shop Like A Billionaire**



**Save up to 90% on Temu**

Check out Temu's amazing deals. Discounts up to 90% off

 Temu

Shop Now

 Download (116M)

   

---

**Recommended for You**

 **Amazon Shopping**
26.22.0.100 · Shopping
4.3 · Original APK

 **Family Dollar**
5.3.1 · Shopping
4.2 · Original APK

 **Macy's**
11.20.1 · Shopping
4.5 · Original APK

 **Pier 1**
1 · Apps
4.0 · Original APK

 **Wish: Shop And Save**
23.23.0 · Shopping
4.7 · Original APK

 **Zenni Optical**
4.9.1 · Shopping
4.7 · Original APK

---

**You may also like**

 **Home Workouts – No E...**
19.55 · Health & Fitness
4.7 · MOD Premium Unloc...

 **Corrupted Kingdoms**
0.20.3 · NSFW
5.0 · Original APK

 **Wolf Girl With You**
1.0.0.6 · Simulation
5.0 · Original APK

**Voi – AI Avatar Portrait ...**
2.0.2 · Apps
2.3 · Original APK

**Lara Croft And The Lost...**
0.36 · Adventure
5.0 · Original APK

**Scary Teacher 3D**
6.7 · Simulation
4.3 · Original APK

Useful Sections    About Us

Useful Sections

Cookie Policy (EU)    Privacy Policy

About Us

Cookie Policy (EU)    Privacy Policy



Shopping made easy on Temu
Temu

It's free to play

Evony:The King's Return

Download



Empieza a ganar en pocos días
Gana dinero rápido en tu Horario, DoorDash

Registrarse

