IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WHALECO INC.**                                                                             **PLAINTIFF**

v.                          CASE NO. 4:23-CV-01170-BSM

**OFFIDOCS GROUP,** *et al.*                                                        **DEFENDANTS**

## ORDER

Plaintiff's lawyers have represented that no other relief is being sought outside of what was ordered in the order granting default judgment and it has been more than ninety days since the entry of the default judgment; therefore, the clerk is directed to close this case. William J. Ogles's motion to withdraw [Doc. No. 66] is denied as moot.

IT IS SO ORDERED this 12th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE